Ryan K. Bakhtiari (SBN 199147)
**AIDIKOFF, UHL & BAKHTIARI**
9454 Wilshire Blvd., Suite 303
Beverly Hills, CA 90212
Telephone: (310) 274-0666
Telecopier: (310) 859-0513
Email: rbakhtiari@aol.com

Attorneys for Plaintiff Neal Kruszka,
and the Plaintiff Class

FILED
CLERK, U.S. DISTRICT COURT

**FEB 2 3 2011**

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA DIVISION

**CV11  01578  CBM (FFMx)**

NEAL KRUSZKA,

Individually and on behalf
of all others similarly situated,

PLAINTIFF,

-vs-

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR SALES USA, INC.,
TOYOTA MOTOR NORTH AMERICA,
INC., LEXUS, and DOES 1-10,

DEFENDANTS.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO:

JUDGE:

**CLASS ACTION COMPLAINT**

**Jury Demand Endorsed Hereon**

CLASS ACTION COMPLAINT

1       1.  Named Plaintiff Neal Kruszka brings this action against Toyota Motor Corporation, Toyota Motor Sales USA, Inc., Toyota Motor North America, Inc. and Lexus for money damages, and injunctive, equitable, and declarative relief on behalf of himself and all other similarly situated current owners or lessees of model year 2007-2011 Lexus automobiles in the United States outfitted with the manufacturer's original paint. As detailed below, due to a defect in the paint of these Lexus vehicles, they are prone to and do experience paint chipping, peeling, scratching and imprinting at rates and in a manner that does not conform to the industry standard. Faced with this paint chipping, peeling, scratching and imprinting, the owners or lessees of the vehicles must either live with the damage caused by the defect or expend significant money to have the vehicles repainted or protected with a clear coat. Even though Defendants have known about this problem and received countless complaints from aggrieved vehicle owners and lessees nationwide, they have failed to offer Named Plaintiff and the members of the class he seeks to represent any remedy which would cause the vehicles to conform to the contract of sale.

2.  Named Plaintiff Neal Kruszka is a resident of Wisconsin.  He is the original owner of a 2010 Lexus IS250 automobile that he purchased directly from a Lexus-approved automobile dealership.   Immediately after Named Plaintiff acquired the vehicle, it began experiencing significant paint chipping, scratching and marring.  Plaintiff contacted the Lexus dealership as well as Lexus's warranty resolution office, but was denied any relief. Although they knew otherwise, Defendants did not disclose that the paint issues being experienced by Named Plaintiff with respect to his vehicle were common occurrences among Lexus owners and lessees nationwide, clearly evidencing a defect in the vehicles' paint.

3. Defendant, Toyota Motor Corporation (hereinafter referred to as TMC), is a Japanese limited liability, joint-stock company which operates through numerous subsidiaries and affiliated companies. TMC's principal place of business is located at Toyota-Cho, Toyota City, Aichi Prefecture 471-8571, Japan. TMC designs, develops and manufactures automobiles that are sold throughout the world including but not limited to all parts of North America which is one of Toyota's primary automobile markets. In the U.S., Toyota vehicles are marketed through distributors and through these distributors, Toyota maintains networks of dealers.

4. Defendant, Toyota Motor Sales, USA, Inc. (hereinafter referred to as TMS), is a corporation organized and existing under the laws of the State of California with its principal executive offices located at 19001 South Western Avenue, Torrance, California. TMS markets, distributes and sells vehicles manufactured by Defendant TMC throughout the United States. TMS is a wholly owned subsidiary of TMC and is responsible for the manufacture, distribution and sales of Toyota automobiles and trucks in the United States.

5. Defendant Toyota Motor North America, Inc. ("TMNA"), a California corporation, is the holding company for, and oversees, Toyota's manufacturing, financing, sales research and development, and marketing operations in the United States, Canada and Mexico with its main offices located at 19001 South Western Avenue, Torrance, CA.

6. Defendant Lexus (hereinafter referred to as "LEXUS") is the luxury vehicle division of TMC. LEXUS operates its own design, engineering, and manufacturing centers, solely responsible for the division's vehicles. LEXUS' headquarters are located in Toyota City, Aichi Prefecture, Japan. LEXUS is also a wholly owned subsidiary of TMC.

---

CLASS ACTION COMPLAINT

7. At all relevant times, TMC has owned and controlled TMS, TMNA and LEXUS and thereby conducted business in the United States. These Defendants and their subsidiaries and agents, are collectively referred to as "Defendants" or "Toyota."

8. The true names and capacities of the Defendants sued herein as Doe Defendants 1 through 10, inclusive, are currently unknown to Plaintiff, who therefore sues such Defendants by assigning the identifier "Does 1 through 10". Each of the Defendants so designated are legally responsible for the unlawful acts alleged herein. Plaintiff will seek leave of Court to amend this Complaint to reflect the true names and capacities of the Doe Defendants when such identities become known.

## JURISDICTION AND VENUE

9. Count I of this complaint states a claim for Defendants' violation of the California Consumer Legal Remedies Act, Section 1750 et seq. of the California Civil Code.   Counts II and III state claims for unfair competition in violation of Section 17200 et seq. of the California Business and Professions Code. Count IV states a claim for breach of contract.   Count V states a claim for breach of warranty.

10. This Court has subject-matter jurisdiction over all counts of this complaint under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2) because the matter in controversy exceeds the sum or value of $5 million, exclusive of interest and costs, and is a class action in which members of the putative class are citizens of states other than California.

11. Venue in this judicial district is also proper as Defendants TMS and TMNA are residents of this judicial district, and have their principal place of business within this judicial district.

12. Defendants distribute and inject vehicles within the stream of commerce into this district. Venue in this judicial district is, therefore, proper under 28 U.S.C. § 1391.

13. Lexus is one of the nation's most popular luxury automobile brands. Toyota sells its Lexus-branded vehicles through Toyota-approved dealers located throughout the United States.

## **FACTUAL ALLEGATIONS**

14. On or about May 19, 2010, Named Plaintiff purchased a new 2010 model year black Lexus IS 250 from a dealer of Defendant.  The vehicle was equipped with a factory warranty.  copy of the warranty is attached hereto as Exhibit 1.

15. Shortly after purchasing the vehicle, the paint began chipping and scratching.  An example of the problems experienced by Named Plaintiff can be seen in these photographs which were taken just after the car was washed:

///

///

///

CLASS ACTION COMPLAINT



16. This was clearly an unacceptable condition that did not conform to industry standards, particularly given the new age of the vehicle.

17. Upon discovering these problems, Named Plaintiff contacted the Lexus dealership from which he had purchased the vehicle.  The dealer, however, refused to accept any responsibility for the paint problems, and otherwise refused to offer any remedy or relief to Named Plaintiff.

18. Named Plaintiff next contacted Toyota, through its warranty resolution office, regarding the problem.  It informed him that the problem was not caused by a defect in materials or workmanship, and that it would not remedy the problem.  Exhibit 2.  Ostensibly, Defendants denied coverage based upon the warranty's exclusion for "road hazards".

19. Critically, both at the time that Named Plaintiff purchased the vehicle and the time he made his complaint, Toyota and its dealers knew there was a latent defect or problem with the paint on Lexus automobiles that caused the very paint problems being experienced by Named Plaintiff's vehicle.  Toyota obtained this knowledge through warranty claims and complaints made by other owners of Lexus vehicles, made through channels that Toyota has created to receive that kind of information.

20. Instead of acknowledging the defect, Toyota, acting on its own behalf and through its authorized dealers, has a policy of denying any and all responsibility for this condition and instead blames it on the driving habits of individual drivers.

21. Although unknown to plaintiff at the time, scores of similar complaints of paint chipping, peeling or otherwise degrading have been voiced by Lexus owners and lessees across the country.  Indeed, a veritable library of internet sites have arisen dedicated to reporting and cataloging the "Lexus  paint problem"  A sample of these complaints is below:

---

CLASS ACTION COMPLAINT

| 5/28/08 | I picked up my car with Smokey Granite Mica paint Feb. 8 2008. I quickly noticed after each hand washing all the scratches that were showing up. Each scratch and chip showed up as white lines or marks. A casual bump with my brief case and bam another chip. Within 2 months of ownership I am waxing the car and rubbing out the multiple scratches. The car has been on no dirt roads or car washes. Am I the only one with this problem or is this problem concentrated on my color or this model or production date? The dealer has been called and records noted. I have never had a car that scratches and chips so easily. I hate to see what it will look like in 3 years when I turn it in. **Posted by draperysewer at http://townhalltalk.edmunds.com/direct/view/.f19c793/0** |
|---|---|
| 7/15/2008 | I have had similar issues with paint on my Lexus 460L 2008. In the first 1000 miles excessive rock chipping on front and lower rocker panels on sides of car. Lexus repaired the paint on the sides and installed clear protective film. The front is still an issue I am trying to resolve with Lexus now. I have had an independant painter look at it and he thought the clear coat or last finish was not hard enough. There is definately a flaw with the paint. I have only 4000 miles on my car and am very unhappy. Also paint chips on trunk shelf from merely resting a suitcase and also white paint scratches from who |

| | |
|---|---|
| | knows what. Possible car wash? I use to take my 745i BMW through the same car wash. Never an issue.<br><br>**Posted by debra12 at**<br>**http://townhall-talk.edmunds.com/direct/view/.f19c793/0** |
| 7/29/2008 | I have the same problems.I have a new 07 gs350 same paint color. 1800 miles all sort of small scratches,and a number of blemishes on the hood ,quarter panel ,roof trunk.The dealer first said it was caused by moths stuck in the protective cover while being shipped.Now speaking direct to Lexus,its "rail dust" that settles on the paint during shipping, that caused the blemishes, the small scratches are because of the "clear coat" getting scratched,and the dark color paint.The dealer will solve the problem, by either buffing out the blemishes ,or repaint.I am not happy...this shouldn't happen on a Lexus.I have asked the dealer to make me happy....will see.<br><br>**Posted by joeldavid at**<br>**http://townhall-talk.edmunds.com/direct/view/.f19c793/0** |
| 8/15/2008 | I have a 1 and half yr old 350 same color. I talked to the dealer a few months ago about the same problem. The car just seems to get scratches and chips too easily. The dealer says non-lead paint nowadays is not as hard as those used years ago. I don't quite buy the answer. I doubt if other premium brand car has the same paint issue. A few days ago, |

| | |
|---|---|
| | I discover that there are small brown bubble just below the license plate. Upon close inspection, I can see rust starting to surface. And it is not even at a spot that you get chips. I had the feeling that there is some problem with the paint job in 350. I find that really surprising given lexus renowned quality. It is actually some sort of a relief to know that this is not a problem peculiar to my car. I am going to talk to lexus and see what they will do. **Posted by roadrunner4 at** **http://townhall-talk.edmunds.com/direct/view/.f19c793/0** |
| 8/27/2008 | I have a 2007 Lexus ES 350 Smokey Graphite. I'm having the exact same problem too. The chips are huge I mean larger and deeper then average. The chips are so deep that they go through the primer. Today I found one about the size of the head of a thumb tack, also down to the metal/fiberglass body. Its like they didn't even prime the car. Further more it was not on the hood, but on the side of the front driver side wheel well. **Posted by llee44 at** **http://townhall-talk.edmunds.com/direct/view/.f19c793/0** |
| 4/30/2009 | The hood on my 2007 ES 350 has a chipping and rust issue. Some are almost the size of a dime, others are down to the metal. The metal has rust which is generating under the paint. Contacted the dealer and they said they would not help with |

out Lexus approval. Contacted Lexus California's Corporate office and after many discussions they said we will fix to Lexus standards. Brought the car to the dealer and the Lexus district representative had the dealer chip away some paint and try to fix it with bottled brush on touch up paint which shows lifting under the original paint even more. The Hood looks worse than before. Lexus and the dealer all agree the hood needs to be re painted to be done right but washed their hands of it and said we are on our own to have the hood repainted. The same dealer estimate is approximately $1500.00. Basically there 7 year paint rust warranty is none. Find this totally un acceptable and we are very disappointed. Never had paint issues with our 1999 S80 Volvo or 2003 BMW Z4. Our Volvo has seen 8 winters the Lexus one and the Volvo looks new. The hood on our Lexus is an embarrassment. Have Owned many vehicles over the years and never experienced this type of problem.

**Posted by zaff6 at**

**http://townhall-talk.edmunds.com/direct/view/.f19c793/10**

| | |
|---|---|
| 7/31/2009 | Well just got emailed to day from the dealer and they are going to re-paint the front of the car at no charge. However, the compromise I had to make will be that after 30 days I |

| | |
|---|---|
| | have to have a protective sheathing put on the front of the car for protection. That I will have to pay for ^$%&*^%%^&*%, cost about $1,000. I will be turning mine in December 2011. If I hear anything about how bad car is with marks there will be another battle at that time. But we will see what happens. That will be a story for another day.<br><br>**Posted by dviscuso at**<br>**http://townhall-talk.edmunds.com/direct/view/.f19c793/20** |
| 7/31/2009 | Has anybody started a class action suit against Lexus for their lousy paint ? I have '09 that is full of scratches & chips @12K miles<br><br>**Posted by carhop1 at**<br>**http://townhall-talk.edmunds.com/direct/view/.f19c793/20** |
| 8/7/2009 | I own a 2008 ES 350 with 19000 miles and I too have the same paint chip problem. It's really frustrating to have spent so much money on a car and having this type of fundamental problem. My previous car (2005 Acura TL) did not have this problem. It had only 3 chips in 4 years that I owned it. I have at least 15 chips on the bumper and hood areas on my ES. The sad part is I've only owned it for 12 months!!! |

| | |
|---|---|
| | **Posted by klee3 at** <br> **http://townhall-talk.edmunds.com/direct/view/.f19c793/20** |
| 8/15/2009 | I like about 350 people on this post have owned an ES350 and am experiencing paint issues with chips. It is obsidian black and has about 15 chips in the hood and bumpers and picks up scratches very easily. What do we Lexus owners need to do to start a class action suit vs the dealers? This is ridiculous-I did not pay $38k to look at paint chips. In fact I am not even sure if the car was primed since the color beneath is white <br> **Posted by billevee at** <br> **http://townhall-talk.edmunds.com/direct/view/.f19c793/20** |
| 9/29/2010 | Help , my paint gets worse everyday . First oil change , I told my dealer and he said that is the curse of the Lexus Paint . Wow, that made me feel great . So of course they will not paint the car . He said it was just road conditions too . Bull ,I had a 11 year old Honda , Only had a few chips in paint , no dings in the paint . Makes me sick for the money I paid . Honda had 237000 miles . What can we do from here ? Is ther a lawsuit for this going on ? <br> **Posted by brina5 at** <br> **http://townhall-talk.edmunds.com/direct/view/.f19c793/50** |

22. Any defect in the paint of Lexus vehicles is and would be a latent defect that could not and would not be expected to be discovered by a reasonable vehicle owner or lessee upon reasonable inspection.

23. The paint problems experienced by Lexus vehicles make these vehicles non-conforming as to industry standards.

## CLASS ACTION ALLEGATIONS

24. Named Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23 on behalf of himself and a Class defined as all current owners or lessees of model year 2007-2011 Lexus automobiles in the United States outfitted with the manufacturer's original paint. Excluded from the Classes are Defendant, as well as Defendants' affiliates, employees, officers and directors, including franchised dealers, any person who has experienced physical injury as a result of the defects at issue in this litigation and the Judge to whom this case is assigned. Plaintiffs reserve the right to amend this Class definition if discovery and further investigation reveals that the Class should be expanded or otherwise modified.

25. The members of the Class are so numerous that joinder of all members would be impracticable. Named Plaintiff reasonably estimates that there are thousands of Class members who purchased the subject vehicles. The members of the Class are readily identifiable from information and records in Defendants' possession, custody or control. The disposition of these claims will provide substantial benefits to the Class.

26. There are questions of law and fact common to the members of the Class that predominate over any questions affecting only individual Class members, including, but not limited to, the following:

a.   Whether Class Members and Defendants entered into a contract pertaining to the purchase of the vehicles;

b.   Whether that contract required Defendants to provide a vehicle to Class Members in new condition;

c.   Whether Defendants breached that contract;

d.   Whether the provision in Defendants' express warranty which allows it to evade liability for "road hazards' is unconscionable;

e.   Whether Defendants violated the Consumer's Legal Remedy Act, Cal. Civ. Code §1770, by inserting an unconscionable provision in a consumer contract;

f.   Whether Defendants violated the Unfair Competition Law, Cal. Bus. Prof. Code §17200 et seq. by engaging in unlawful conduct;

g.   Whether Defendants violated the Unfair Competition Law, Cal. Bus. Prof. Code §17200, by engaging in unfair conduct by refusing to take responsibility for the defective paint, or by refusing to offer any remedy for the defective paint, or by allowing and/or encouraging its dealers to use the damage done by the defect to sell repainting and/or protective coatings to Class Members.

h.   Whether Defendants breached their express warranty by failing to repair the defect.

---

CLASS ACTION COMPLAINT

1

2      27.  Named Plaintiff's claims are typical of the claims of the members of

3 the Class.  Named Plaintiff has no interests antagonistic to those of the Class and is

4 not subject to any unique defenses.

5      28.  Named Plaintiff will fairly and adequately protect the interests of all

6 members of the Class and has retained attorneys experienced in class action and

7 complex litigation.

8      29.  A class action is superior to all other available methods for the fair

9 and efficient adjudication of this controversy for, inter alia, the following reasons:

10          a.      It is economically impractical for members of the class to

11          prosecute separate actions;

12          b.      The class is readily definable;

13          c.      Prosecution as a class action will eliminate the possibility of

14          repetitious litigation; and

15          d.      A class action will enable claims to be handled in an orderly

16          and expeditious manner, will save time and expense and will ensure

17          uniformity of decisions.

18                        **COUNT I**

19      **VIOLATION OF THE CONSUMERS LEGAL REMEDY ACT**

20      30.  Named Plaintiff hereby incorporates by reference every allegation of

21 this Complaint as if fully restated herein.

22      31.  At all times relevant hereto, Named Plaintiff and each putative class

23 member was a "consumer," as that term is defined in Cal. Civ. Code § 1761(d).

24      32.  At all times relevant hereto, Lexus automobiles constituted "goods,"

25 as that term is defined in Cal. Civ. Code § 1761 (a).

26

27                   CLASS ACTION COMPLAINT

28                       P a g e | **16**

33. At all times relevant hereto, each Defendants, and each of them, constituted a "person" as that term is defined in Cal. Civ. Code § 1761 (c).

34. At all times relevant hereto, Named Plaintiff's and each putative class member's purchase of Toyota's Lexus automobiles constituted a "transaction," as that term is defined in Cal. Civ. Code § 1761(e).

35. In connection with the offering for sale and distribution of its Lexus vehicles, Defendants provide a written warranty that purports to cover defects in materials such as paint, but excludes conditions which purportedly result from road hazards, such as stone chips. (Exhibit 1, pg. 20).

36. The written warranty is a contract of adhesion, drafted by Defendants and imposed upon purchasers who have no opportunity to negotiate its terms.

37. Given the latent defect in the paint used on these vehicles, the exclusion in the warranty for road hazards is unfairly one sided in favor of Defendants, and operates to absolve it from liability for its own willful injury to purchasers of Lexus vehicles.

38. The exclusion in the warranty for road hazards is unconscionable.

39. Defendants' act of inserting an unconscionable provision in the warranty violated Cal. Civ. Code. §1770(a)(19).

40. Defendants enforced the unconscionable warranty provision against Named Plaintiff in denying him coverage under the warranty, resulting in injury to Named Plaintiff.

41. The declaration required by Cal. Civ. Code §1780(d) is attached hereto as Exhibit 3.

CLASS ACTION COMPLAINT

42. As a direct and proximate result of Defendants' violations of law, Named Plaintiff and the putative class members are entitled to declaratory and injunctive relief, including a declaration that Defendants' practices violate the Consumer Legal Remedies Act; an  injunction prohibiting Defendant from continuing this practice, and requiring Defendant to remedy and repair any paint problems or paint defects found in the 2007 and forward model year automobiles purchased or leased by Named Plaintiff and the putative class members.

43. Named Plaintiff is also entitled to and hereby seeks an order directing Defendant to pay reasonable attorneys' fees and costs of suit, as awarded by the Court, pursuant to Section 1780(d) of the California Civil Code.

## COUNT II
### (VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW)

44. Named Plaintiff hereby incorporates by reference every allegation of this complaint as if fully restated herein.

45. Cal. Bus. & Prof. Code §§ 17200 et seq. prohibits all unlawful, unfair or fraudulent business practices and/or acts.  Said statute is liberally construed to protect the public.

46. In doing and/or refusing to do the acts alleged herein, Toyota engaged and continues to engage in an unlawful practice in violation of Cal. Bus. & Prof. Code §§ 17200 et seq.

47. Defendants' acts and practices are unlawful because they violate Civil Code §§ 1770(a)(19).

48. Defendants' wrongful conduct alleged herein is part of a pattern or generalized course of conduct that occurred and continues to occur in the ordinary

course of Defendants' business.   Thus, Defendants' conduct impacts the public interest.

49.  Named Plaintiff and the putative class members all paid money in form of their purchase prices or lease payments for their 2007 and forward model year Lexus automobiles.   Thus, Named Plaintiff and the Class all have suffered monetary injury a result of Defendants' unfair, deceptive and unlawful business practices.   As such, Named Plaintiff and the putative class members have standing to bring their claims for violation of California Bus. & Prof. Code §§ 17200 et seq.

## COUNT III
## (VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW)

50.  Named Plaintiff hereby incorporates by reference every allegation of this complaint as if fully restated herein.

51.  Cal. Bus. & Prof. Code §§ 17200 et seq. prohibits all unlawful, unfair or fraudulent business practices and/or acts.   Said statute is liberally construed to protect the public.

52.  In doing and/or refusing to do the acts alleged herein, Toyota engaged and continues to engage in an unfair practice in violation of Cal. Bus. & Prof. Code §§ 17200 et seq.

53.  Defendants' wrongful conduct alleged herein is part of a pattern or generalized course of conduct that occurred and continues to occur in the ordinary course of Defendants' business.   Thus, Defendants' conduct impacts the public interest.

54.  Defendants' acts and practices are unfair within the meaning of California's Business and Professions 'Code, Section 17200 et. seq. of the

California Business and Professions Code because Defendants refuse to take any responsibility or offer any remedy for the defective paint, have a policy of denying warranty coverage for damage caused by the defective paint, have placed the onus on the consumer to repair this vehicle by repainting the vehicle at a cost of thousands of dollars, and have allowed and/or encouraged its dealers to use the damage done by the defect to sell repainting and/or protective coatings to Class Members.

55. Named Plaintiff and the putative class members all paid money in the form of their purchase prices or lease payments for their 2007 and forward model year Lexus automobiles. Thus, Named Plaintiff and the Class all have suffered monetary injury a result of Defendants' unfair, deceptive and unlawful business practices. As such, Named Plaintiff and the putative class members have standing to bring their claims for violation of California Bus. & Prof. Code §§ 17200 et seq.

56. The acts and practices described herein are not outweighed by any alleged countervailing benefit to consumers or to competition, because Named Plaintiff and Class Members paid significantly more for the vehicles than they would or should have been required to pay under the circumstances, thereby placing Defendants at a competitive advantage vis-à-vis others, to the detriment of Named Plaintiff and Class Members

57. The injury complained of is not an injury the consumers themselves could reasonably have avoided, because the defect in the paint is latent and could not reasonably have been discovered prior to purchase.

58. Named Plaintiff, on behalf of himself and the putative class members, seeks an order of this Court awarding restitution, injunctive relief and all

CLASS ACTION COMPLAINT

other relief allowed under Cal. Bus. & Prof. Code § 17203 and Civil Code § 3345, plus interest, attorneys' fees and costs pursuant to, *inter alia,* Code of Civ. Proc. § 1021.5.

## COUNT IV
## (BREACH OF CONTRACT)

59. Named Plaintiff hereby incorporates by reference each and every allegation of this complaint with the same force and effect as if it had been fully restated herein.

60. A contract implied in law exists between Named Plaintiff and members of the putative class and Defendants, regarding the purchase and/or lease of the Lexus vehicles.

61. As part of this contract, Named Plaintiff and the putative class members paid Defendant significant consideration in the form of the purchase price of the vehicle and/or lease payments for the vehicles.   As part of the bargained-for-exchange of this contract, Defendants were to sell or lease, through its intermediaries (Lexus dealers), new Lexus vehicles **in new condition.**

62. A vehicle containing a defect in its paint, body, and/or workmanship that causes it to routinely have its paint fade, peel off, or otherwise discolor within its foreseeable ownership lifetime is not a vehicle in new condition.   Defendants, therefore, materially breached their contractual obligations by delivering to Named Plaintiff and members of the putative class vehicles that were prone to and/or did exhibit such paint peeling, fading, and/or discoloration.

63. Defendants' breach was not excused by any event or circumstance.

64. As a proximate and foreseeable result of Defendants' breach, Named Plaintiff and the members of the putative class have and/or will sustain damages

---

CLASS ACTION COMPLAINT

1   and loss.  These damages include, but are not limited to, the loss of value of the

2   vehicle as a result of the paint defect, paint peeling, fading and/or discoloration;

3   expectation damages for plaintiff and the class members failing to obtain the

4   benefit of the bargain that they struck with Defendant; damages that Named

5   Plaintiff and the class members have or will have to incur in order to remedy the

6   paint problems of their vehicles.

7

8                              **COUNT V**
                    **(BREACH OF EXPRESS WARRANTY)**

9        65.  Named Plaintiff hereby incorporates by reference each and every

10  allegation of this complaint as if fully restated herein.

11       66.  Defendants' written warranty for the subject vehicles states in

12  relevant part that Lexus will repair any defect in materials or workmanship of the

13  subject vehicles.

14       67.  The warranty was a part of the basis of Named Plaintiff's and Class

15  Members' bargain with Defendants.

16       68.  Defendants' failure to offer a remedy to Named Plaintiff and Class

17  Members that will cause the vehicle to conform to the contract of sale constitutes a

18  breach of Defendants' express written warranty.

19       69.  Defendants' have received timely notice of the breach of warranty

20  alleged herein.  Defendant was provided ample notice of the problem with the

21  paint on the vehicles as alleged above and failed to take any steps to remedy the

22  problem.

23       70.  As a direct and proximate result of Defendants' breach of warranty,

24  Named Plaintiffs and Class Members have suffered damages in an amount to be

25  determined at trial.

26

27                        CLASS ACTION COMPLAINT

28

# PRAYER FOR RELIEF

WHEREFORE, Named Plaintiff, on behalf of himself and all others similarly situated, pray for a judgment against Defendants as follows:

a. For an order certifying the proposed Class herein under Federal Rule of Civil Procedure 23(a) and (b)(3) and appointing Named Plaintiffs and their counsel of record to represent said Class;

b. For an order that Defendants be permanently enjoined from engaging in the unlawful activities and practices complained of herein;

c. For an order awarding restitution and disgorgement of all monies paid by Named Plaintiff and the Class Members and/or ill-gotten gains realized by Defendants as a direct result of Defendants unlawful, unfair and/or fraudulent business practices complained of herein;

d. For an order imposing a constructive trust for the benefit of Named Plaintiff and the Class Members upon all charges paid by Plaintiff and the Class Members;

e. For declaratory relief as this Court deems appropriate;

f. For attorneys' fees and costs of suit, including expert witness fees;

g. For an order awarding pre-judgment and post-judgment interest as prescribed by law;

h. For actual and punitive damages plus interest thereon; and,

i. For such other further relief as this Court may deem just and proper.

///

///

1

## DEMAND FOR JURY TRIAL

2  Named Plaintiff hereby demands a trial by jury on all claims so triable.

3  Dated: February 23, 2011                    Respectfully submitted,

4

5                                              Ryan K. Bakhtiari (SBN 199147)
6                                              **AIDIKOFF, UHL & BAKHTIARI**
                                               9454 Wilshire Blvd., Suite 303
7                                              Beverly Hills, CA 90212
                                               Telephone: (310) 274-0666
8                                              Telecopier: (310) 859-0513
9                                              Email: rbakhtiari@aol.com

10                                             Barbara Quinn Smith (Ohio Bar 0055328)
11                                             Email: bqsmith@mhclaw.com
                                               (Pro Hac Vice to be filed)
12                                             MADDOX HARGETT & CARUSO, P.C.
13                                             9853 Johnnycake Ridge Road
14                                             Suite 302
                                               Mentor, OH 44060
15                                             Telephone: 440-354-4010
16                                             Telecopier: 440-848-8175

17

18                                             Thomas K. Caldwell (Indiana Bar 16001-49)
                                               Email: tkcaldwell@mhclaw.com
19                                             (Pro Hac Vice to be filed)
20                                             T. John Kirk (Indiana Bar 27202-29)
                                               Email: kirktjohn@mhclaw.com
21                                             (Pro Hac Vice to be filed)
22                                             MADDOX HARGETT & CARUSO, P.C.
23                                             10100 Lantern Rd.
                                               Suite 150
24                                             Fishers, IN 46037
                                               Telephone: 317-598-2040
25                                             Telecopier: 317-598-2050

26

27                                  CLASS ACTION COMPLAINT

28                                        P a g e | 24

**EXHIBIT 1**



LEXUS

2010

# ES, GS, IS, LS, SC

## WARRANTY AND SERVICES GUIDE

Owner Amenities  |  Warranty Information  |  Maintenance Requirements

Exhibit 1
Page 25

WELCOME TO THE LEXUS FAMILY

## AUTHORIZED DEALERSHIP MAINTENANCE AND REPAIRS

Lexus recommends having maintenance and repairs for your vehicle performed by an authorized Lexus dealership. To locate your nearest authorized Lexus dealership, contact Lexus Customer Satisfaction at (800) 255-3987 or log on to www.lexus.com.

## IMPORTANT BRAKE INFORMATION: GS 460, IS F AND LS 460

The GS 460, IS F and LS 460 equipped with Sport Package feature high-friction front and rear brake pads. These brake pads provide a higher coefficient of friction on the rotors for superior stopping performance and pedal feel. The brakes on these models are designed for high-performance driving. Depending on your driving habits, you may experience more aggressive wear of the brake pads and rotors.

For information on proper maintenance of your brakes, refer to the "Maintenance" section of this booklet. For additional information on your brakes and their operation, refer to your *Owner's Manual*.

From everyone at Lexus, thank you for purchasing one of our vehicles. Your Lexus is designed to deliver uncompromising luxury and performance. We are committed to providing you with an ownership experience that is second to none, and we look forward to serving you in the years ahead. Welcome to the Lexus family!

## Taking Delivery of Your New Lexus

As you take delivery of your new vehicle, there are some important services you should know about. These include:

**Lexus Personalized Settings:** Your vehicle includes a variety of electronic features that can be personalized to your preferences. For example, doors can be programmed to remain locked when you shift into "Park." See your dealer for details.

**Pre-Delivery Service:** Your dealership has performed a thorough service to prepare your vehicle for delivery. This includes initializing certain electronic features, such as the one-touch power windows.

**Scheduled Maintenance:** Your vehicle requires maintenance every six months or 5,000 miles, whichever comes first. See page 46 for details.

**Dealership Service Department:** Your service department is committed to helping you keep your Lexus performing at its best. Your dealer will provide you with the department's hours of operation, appointment procedures and information on any special services.

**Warranty Coverage:** Your Lexus is covered by one of the finest warranties in the industry. See page 16 for a summary of coverages.

**Roadside Assistance:** Roadside assistance is provided for 48 months from your vehicle's in-service date, regardless of mileage. See page 5 for details.

Again, thank you for choosing Lexus. We wish you many years of safe and pleasurable driving.

1

Exhibit 1
Page 26

# OWNER AMENITIES

## Complimentary Services

First Scheduled Maintenance Service .................................................... 4
Second Scheduled Maintenance Service .............................................. 4
Loaner Vehicle ........................................................................................ 5
Travel Protection .................................................................................... 5
Roadside Assistance ............................................................................... 5

## Other Benefits and Assistance

Quality Control ........................................................................................ 7
Vehicle Service History .......................................................................... 7
Vehicle Service Agreements .................................................................. 7
Body Repairs ............................................................................................ 8
The Immobilizer Key ............................................................................... 8

# WARRANTY INFORMATION

## Introduction

If You Need Assistance ......................................................................... 10
The Lexus Commitment ......................................................................... 15
Warranty Coverages at a Glance ........................................................ 16

## Your Warranties in Detail

General Warranty Provisions ............................................................... 17
New Vehicle Limited Warranty ............................................................. 19
Federal Emission Control Warranty .................................................... 23

Exhibit 1
Page 27

2

California Emission Control Warranty ................................................. 29
Tire Limited Warranty ........................................................................... 35

## Your Responsibilities

Operation and Maintenance ................................................................ 36
Obtaining Warranty Service ................................................................. 38

# MAINTENANCE INFORMATION

## Introduction

The Importance of Scheduled Maintenance ....................................... 41
Maintenance and Lexus Warranty Coverage ..................................... 42
Lexus Dealership Service ....................................................................... 43
General Maintenance and Regular Use .............................................. 44

## Scheduled Maintenance Log

Determining Your Maintenance Interval: Months vs. Mileage ......... 46
Complimentary First Scheduled Maintenance Service ..................... 46
Complimentary Second Scheduled Maintenance Service ................ 46
Scheduled Maintenance Log ................................................................ 48
Explanation of Maintenance Items ...................................................... 68
Vehicle Identification ............................................................................. 72

# INDEX ..................................................................................................... 73

# AMENITIES

## COMPLIMENTARY SERVICES

To help ensure that your ownership experience is pleasant, convenient and trouble-free, Lexus provides you with a variety of complimentary services. These services are described on the following pages. Other valuable owner benefits are described in the section entitled "Other Benefits and Assistance" beginning on page 7.

### First Scheduled Maintenance Service: 30 Days or 1,000 Miles

Lexus provides your first scheduled maintenance service at no charge. The service is performed at 30 days or 1,000 miles, whichever occurs first, and includes these items:

• Inspect body/chassis

• Check for fluid leaks

• Road-test vehicle

• Program Lexus Personalized Settings, if requested

### What are Lexus Personalized Settings?

Your vehicle includes a variety of electronic features that can be programmed to your preferences. For example, doors can be programmed to remain locked when you shift into "Park." (For more information, see the "Customizable Features" section of the Specifications chapter in your *Owner's Manual.*) Programming of these features is performed once at no charge, provided you obtain the service at the 30-day/1,000-mile scheduled maintenance service. Programming of your Lexus Personalized Settings requires special equipment and may be performed only by an authorized Lexus dealership.

### Second Scheduled Maintenance Service: Six Months or 5,000 Miles

Lexus also provides your second scheduled maintenance service at no charge. The service is performed at six months or 5,000 miles, whichever occurs first, and includes these items:

• Replace engine oil and oil filter, reset reminder light

• Rotate tires

• Visually inspect brake pads and rotors

• Road-test vehicle

If you drive primarily on dirt roads or dusty roads or if you drive primarily while towing, additional items are included in this service. See page 48 for details.

### Loaner Vehicle

If your vehicle must be kept overnight at a Lexus dealership for a warranty-covered condition that requires more than eight hours to repair, Lexus will provide you with a complimentary loaner vehicle for up to five days.

### Travel Protection

Lexus will reimburse for a rental car for up to five days and for overnight lodging (or up to three nights (not to exceed $200 per night)) if all the following occur:

• Your vehicle becomes inoperable or is unsafe to drive when you are more than 100 miles from home.

• Your vehicle's malfunction is caused by a warranty-covered condition.

• Repairs will take longer than eight hours to complete.

To obtain reimbursement for rental car and lodging expenses, contact a Lexus dealership service consultant.

### Roadside Assistance

Lexus roadside assistance coverage is for 48 months from your vehicle's in-service date, regardless of mileage. Coverage is provided 24 hours a day, 365 days a year, for vehicles operated in the United States, U.S. territories and Canada. Assistance is administered through the American Automobile Association.

### Services Provided

• Roadside services such as battery jump-start, tire change, and fuel delivery

• Towing to the nearest Lexus dealership (or an alternate repair facility, if necessary).

• Assistance in locating alternate transportation and lodging.

### How to Get Help

To obtain roadside assistance, take the following steps:

1) Call (800) 25-LEXUS (800/255-3987).

Exhibit 1
Page 28

## Quality Control

You may have noticed a few miles on the odometer when you took delivery of your Lexus. This mileage is a result of the comprehensive process used to ensure the quality of your vehicle. This process includes extensive inspections during and after production. The final inspection takes place at the selling dealership and includes a road test conducted by a trained Lexus technician.

If you'd like to know more about Lexus quality-control procedures, ask a Lexus dealership service consultant.

## Vehicle Service History

When you have your vehicle serviced at a Lexus dealership, your service information is recorded in the Lexus National Service History database. This is the first database of its kind in the automotive industry. It can be accessed by any Lexus dealership in the United States — a great convenience if you relocate or need to have your vehicle serviced while traveling.

## Vehicle Service Agreements

If you plan to keep your vehicle for several years or if you accumulate mileage quickly, you may want to purchase a Lexus vehicle service agreement. These agreements cover the cost of specific repairs beyond the factory warranty period. They also cover services such as towing, substitute transportation and lodging to minimize your inconvenience should your vehicle require repair. Lexus vehicle service agreements are available with a variety of coverage options. A Lexus dealership sales consultant can help you select the plan that's best for you.

---

2) Have as much of the following information as possible:

• Vehicle identification number (located on the driver's-side corner of the dashboard, under the window)

• Owner's name and home address

• Vehicle license plate number

• Location of vehicle, including the nearest major intersection

3) To determining your location, the dispatch operator will ask you for the area code and first three digits of the phone number from which you are calling. If you are calling from your cellular phone:

• Obtain a phone number from a telephone near your location; or

• Call directory assistance and obtain the phone number of a nearby business; or

• Call the local cellular operator and ask for the area code and prefix of the cell you are in.

If you are unable to obtain the area code and prefix for the area you are calling from, give the name of the city you are calling from.

4) Wait at your vehicle or in a nearby secure location for the roadside assistance provider to arrive.

## Additional Coverage

After your roadside assistance coverage expires, you may join a motor club created exclusively for Lexus owners. Benefits include roadside assistance coverage, a trip-planning service and discounts on travel and dining. For further information, call (800) 25-LEXUS.

Exhibit 1
Page 29

OTHER BENEFITS AND ASSISTANCE

## Body Repairs

If you're involved in a collision, you want your vehicle to be returned to its pre-accident condition when repaired. That's why it is important to make sure repairs are made only with Genuine Lexus Parts. Some repair shops and insurance companies may suggest using imitation or salvaged parts to save money. However, these parts do not meet Lexus' high standards for quality, fit and corrosion resistance. In addition, imitation and salvaged parts (and any damage or failures they may cause) are not covered by any Lexus warranty.

The best way to ensure that your vehicle is repaired with Genuine Lexus Parts is to take it to a Lexus dealership. Each dealership works with selected collision repair centers that meet Lexus' strict requirements for training, equipment, quality and customer satisfaction. These repair centers use Genuine Lexus Parts exclusively in the repair of Lexus vehicles.

## The Immobilizer Key

This Lexus vehicle is equipped with an electronic anti-theft-system key ("Smart Key") that transmits an electronic code to an immobilizer computer. The engine will start only if the code in the electronic key matches the code in the immobilizer. If the code does not match, the immobilizer disables the ignition and fuel systems. While an exact physical copy of the key will open the door and allow retrieval of items locked in the vehicle, it won't start the vehicle.

## Replacing the Key

For security purposes, access to key codes and procedures for electronically registering replacement keys is restricted. Your Lexus dealer and certain bonded/registered locksmiths can generate replacement keys.

To generate a fully functional replacement key (one that will both open the doors and start the engine), one of the master keys is required. To make a

key that will open the door for retrieval of items locked inside the vehicle, the aluminum key-code tag can be used. If a master key or the aluminum key-code tag is not available, a Lexus dealer or certain locksmiths can obtain the key code from a restricted-access database. These businesses can also access a service utility to reprogram the immobilizer if all registered master keys have been lost. If a Lexus dealer is not available, please refer to www.aaloa.org to find a bonded/registered locksmith who performs high-security key service.

## Keeping the Key Safe

Replacing an immobilizer key may be costly. We advise you to keep a spare master key and the aluminum key-code tag in a safe place. If you record the key code in more than one place, do not record it in a way that can be easily identified and associated with the vehicle. For example, don't leave the code somewhere that can be

accessed by a valet. It is wise to keep a copy of the key code outside of the vehicle.

If the vehicle was delivered with less than two keys, consider having a Lexus dealer or a qualified locksmith make a duplicate key before you need it.

Exhibit 1
Page 30

## WARRANTY

## NCDS Arbitration

### What is the Dispute Settlement Program?

This program consists of local professionals who are trained and experienced in arbitration. The arbitrator(s) appointed by NCDS will arbitrate your case by reviewing the facts you present; having the vehicle inspected, if necessary; and promptly rendering a fair and equitable decision.

### How much will it cost?

The service is provided at no cost to you. It is part of Lexus' effort to promptly and equitably resolve your concerns. The decision-maker is an impartial third party. The decision of the arbitrator(s) is binding on Lexus but not on you.

### Step 3

If your concern has still not been resolved to your satisfaction, Lexus offers additional assistance through:

National Center for Dispute
Settlement (NCDS)
P.O. Box 457
Mt. Clemens, MI 48046
(866) 272-4872

Important: You must use NCDS prior to exercising rights or seeking remedies available to you through a court action pursuant to the Magnuson-Moss Warranty Act. In addition, you must use NCDS if you are required to do so prior to exercising certain rights or seeking certain remedies available under the Lemon Laws of your state. See the *Lemon Law Guide* for specific requirements applicable in your state. However, if your state law permits and if you choose to exercise rights and seek remedies that are not created by the Act, you need not use NCDS.

Both Lexus and your Lexus dealer are dedicated to serving your automotive needs. Your complete satisfaction is our first priority. Should you have a problem or concern, please take the following steps to ensure the quickest possible response:

### Step 1

Discuss the situation with a dealership manager, such as the service manager or customer satisfaction manager. If necessary, ask the dealership owner or general manager for assistance. In most cases, a satisfactory solution can be reached at this step.

### Step 2

If the dealership does not address your concern to your satisfaction, call the Lexus Customer Satisfaction Department at (800) 25-LEXUS (800/255-3987). In Canada, call (800) 26-LEXUS (800/265-3987). In Mexico, call 95-1-310-328-2075. TTY/TTD users: Dial 771; ask the operator to dial (800) 255-3987.

You may also write to us at:

Lexus Customer Satisfaction
Department
P.O. Box 2991
Torrance, CA 90509-2991

Whether calling or writing, please provide the following information:

- Vehicle identification number (located on the driver's side corner of the dashboard, under the window)
- Current vehicle mileage
- Name of your selling and servicing Lexus dealerships
- Your day and evening telephone numbers

Exhibit 1
Page 31

# WARRANTY

## What types of disputes are eligible?

NCDS resolves disputes involving Lexus product reliability and warranty performance that arise during the greater of 1) four years or 50,000 miles from the vehicle's in-service date, whichever is earlier; or 2) the applicable provision of the Lexus New Vehicle Limited Warranty. However, NCDS will not arbitrate 1) claims involving a vehicle used primarily for commercial purposes unless the Lemon Laws of your state cover vehicles used for commercial purposes; or 2) claims that an air bag failed to deploy or deployed when it should not have; or 3) disputes regarding tires and/or accidents and/or theft. Since there are other additional exclusions, please contact NCDS for further information on eligibility guidelines. You must file a request for arbitration with NCDS within six months of the expiration of the eligibility period, provided the concern or alleged defect was brought to the attention of Lexus or one of its dealers during the eligibility period.

## How long is the arbitration process?

The entire process — from the time NCDS receives your request for arbitration to the arbitrator's decision — is designed to take no more than 40 days. A decision may be delayed if:

- You fail to provide certain information required by NCDS.
- You fail to make your vehicle available for inspection by NCDS in a timely manner (if an inspection is required).

## How do I request arbitration?

To initiate arbitration, you must complete an NCDS customer claim form and mail it to NCDS. A claim form is included in the *Lemon Law Guide* located in your vehicle, or you may request a form by calling NCDS at (866) 272-4827. When you call, please have ready your vehicle identification number (VIN), the names of your selling and servicing dealerships, and the current mileage on your Lexus.

In addition to completing the customer claim form, please provide NCDS with the following information:

- Vehicle year, make, model, VIN, mileage and date of purchase.
- A brief description of your complaint and the actions you have taken to resolve it.
- What action or remedy you believe would resolve your problem.

If you are seeking reimbursement for repairs or incidental expenses, please provide copies of applicable receipts.

Send your request to:

National Center for Dispute Settlement
P.O. Box 457
Mt. Clemens, MI 48046

Upon receipt of your request, NCDS will contact you regarding the status of your case and supply you with additional details about the program.

## How does the arbitration process work?

When NCDS receives your request, it will be forwarded to the Lexus area office for response.

At the request of either party or the arbitrators, NCDS may schedule a technical inspection. This may include an inspection of the vehicle by an independent technical expert with a Lexus representative present. The technical expert will forward his or her evaluation to NCDS.

An oral hearing will be held prior to a decision being rendered. At this hearing, all relevant evidence is admissible. You and a Lexus representative will present both sides of the case to the NCDS arbitrator(s). You will each be given an equal opportunity to give testimony and provide documents. Then you will each be given an opportunity for rebuttal. After considering all testimony and documents, the arbitrator(s) will review the applicable legal standards and render a decision within 10 days.

A settlement satisfactory to all parties may be negotiated at any time during the process.

Exhibit 1
Page 32

THE LEXUS COMMITMENT

# WARRANTY

IF YOU NEED ASSISTANCE

WARRANTY

## What types of decisions are rendered, and how do I know if Lexus will abide by the decision of the arbitrator(s)?

Arbitrated decisions are based on what the arbitrator(s) believe to be fair and equitable after applying the appropriate legal standards. Remedies include but are not limited to repairs; reimbursement for repairs and incidental expenses, such as towing costs; and repurchase or replacement of your vehicle.

The decision of the arbitrator(s) is binding on Lexus but not on you. Lexus must comply with the decision shortly after it is rendered, usually within 30 days of your acceptance of the decision. NCDS will contact you within 10 days of scheduled compliance to ensure that Lexus has complied in a timely manner.

## Are there limits to the scope of arbitrated decisions?

Arbitrated decisions do not include:

- Attorney fees
- Punitive damages
- Multiple damages
- Consequential damages, other than incidental damages that you may be entitled to under law

## What other recourse do I have?

If you are dissatisfied with the arbitrator's decision or Lexus' compliance, you may pursue any other legal remedies available to you, including small claims court. You should be aware that the decision of the arbitrator(s) is admissible as evidence in any legal proceedings concerning your vehicle.

## Is the Dispute Settlement Program subject to change?

The information in this booklet about the program is correct as of the date of printing. However, the program may be changed without notice. Contact the Lexus Customer Satisfaction Department at (800) 255-3987 for the most current information concerning the Dispute Settlement Program.

You have purchased one of the finest vehicles built in the world today, and it is backed by one of the finest warranties in the industry. This excellent warranty coverage demonstrates not only our confidence in Lexus vehicles, but also our commitment to every Lexus customer. We're dedicated to ensuring that you enjoy exceptional quality, dependability and peace of mind throughout your ownership experience.

To further demonstrate our commitment to our customers' satisfaction, occasionally we may establish a special policy adjustment to pay for specific repairs that are no longer covered by warranty. When we establish such a policy adjustment, we mail details to all applicable owners on record. That's why it is important to send in the card at the back of this booklet if you change your address or if you have purchased your Lexus from a previous owner.

You've made a wise decision to purchase a Lexus. Your vehicle delivers world-class luxury and performance, along with an unparalleled commitment from Lexus to ensuring your satisfaction. You can be confident – as we are – that you'll enjoy owning your Lexus as much as you enjoy driving it.

This section of the Warranty and Services Guide describes the terms of Lexus warranty coverage as well as general owner responsibilities. The section beginning on page 41 describes your vehicle's maintenance requirements. Be sure to review this information carefully, since proper maintenance is required to ensure that warranty coverage remains intact.

All warranty information is the latest available at the time of publication and, with the exception of the emission control warranties, is subject to change without notice.

Exhibit 1
Page 33

# WARRANTY

## Who Is the Warrantor

The warrantor for these limited warranties is Lexus, a division of Toyota Motor Sales, U.S.A., Inc., 19001 South Western Avenue, Torrance, California 90509-2991, a California corporation.

## Which Vehicles Are Covered

These warranties apply to 2010 model-year Lexus passenger vehicles, excluding hybrid models, registered and normally operated in the United States, U.S. territories and Canada. Warranty coverage is automatically transferred at no cost to subsequent vehicle owners.

## Multiple Warranty Conditions

This booklet contains warranty terms and conditions that may vary depending on the part covered. A warranty for specific parts or systems, such as the Powertrain Warranty or Emission Performance Warranty, is governed by the coverage set forth in that warranty as well as the General Warranty Provisions.

## When Warranty Begins

The warranty period begins on the vehicle's in-service date, which is the first date the vehicle is either delivered to an ultimate purchaser, leased, or used as a company car or demonstrator.

## Repairs Made at No Charge

Repairs and adjustments covered by these warranties are made at no charge for parts and labor.

## Parts Replacement

Any needed parts replacement will be made using new or remanufactured parts. The decision whether a part should be repaired or replaced will be made by the servicing Lexus dealership and/or Lexus. Parts scheduled to be replaced as required maintenance are warranted until their first replacement only.

Note: Lexus remanufactured parts meet or exceed all factory standards for safety, quality and reliability.

*Your Warranties in Detail*   17

### Emission Control Warranty

| | | months | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 |

**California:**
- Long-Term Defect — 84 months / 70,000 miles
- Short-Term Defect — 48 months / 50,000 miles*
- Performance — 36 months / 50,000 miles

**Federal:**
- Specific Components (Performance) — 96 months / 80,000 miles
- Performance — 24 months / 24,000 miles
- Specific Components (Defect) — 96 months / 80,000 miles
- Defect — 48 months / 50,000 miles*

### New Vehicle Limited Warranty

| | | months | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 |

- Corrosion Perforation — 72 months / Unlimited miles
- Restraint Systems — 72 months / 70,000 miles
- Powertrain — 72 months / 70,000 miles
- Basic — 48 months / 50,000 miles

16   *Introduction*

# WARRANTY

Exhibit 1
Page 34

## WARRANTY

## WHAT IS COVERED AND HOW LONG

### Basic Warranty

This warranty covers repairs and adjustments needed to correct defects in materials or workmanship of any part supplied by Lexus, subject to the exceptions indicated under "What Is Not Covered" on pages 20-21.

Coverage is for 48 months or 50,000 miles, whichever occurs first, with the exception of wheel alignment and wheel balancing, which are covered for 12 months or 20,000 miles, whichever occurs first.

### Powertrain Warranty

This warranty covers repairs needed to correct defects in materials or workmanship of any component listed here and supplied by Lexus, subject to the exceptions indicated under "What Is Not Covered" on pages 20-21.

Coverage is for 72 months or 70,000 miles, whichever occurs first.

### Engine

Cylinder block and head and all internal parts, timing belt and cover, flywheel, oil pan, water pump, fuel pump, engine mounts, engine control computer, seals and gaskets.

### Transmission and Transaxle

Case and all internal parts, torque converter, clutch cover, mounts, engine control computer, seals and gaskets.

### Front-Wheel-Drive System

Drive shaft, axle, hub, bearings, seals and gaskets.

### Rear-Wheel-Drive System

Differential carrier assembly, drive shaft, axle carrier, axle case, axle bearing, axle shaft, seals and gaskets.

### Restraint Systems Warranty

This warranty covers repairs needed to correct defects in materials or workmanship of any seatbelt or air bag system supplied by Lexus, subject to the exceptions indicated under "What Is Not Covered" on pages 20-21.

Coverage is for 72 months or 70,000 miles, whichever occurs first.

For vehicles sold and registered in Kansas, the warranty for seatbelts and related components is 10 years, regardless of mileage.

### Limitations

The performance of necessary repairs and adjustments is the exclusive remedy under these warranties or any implied warranties. Lexus does not authorize any person to create for it any other obligation or liability in connection with this vehicle.

Any implied warranty of merchantability or fitness for a particular purpose is limited to the duration of these written warranties. Some states do not allow restrictions on how long an implied warranty lasts, so this limitation may not apply to you.

### Your Rights Under State Law

These warranties give you specific legal rights. You may also have other rights that vary from state to state.

## WARRANTY

Exhibit 1
Page 35

# WARRANTY

## NEW VEHICLE LIMITED WARRANTY

### Corrosion Perforation Warranty

This warranty covers repair or replacement of any original body panel that develops perforation from corrosion (rust-through), subject to the exceptions indicated under "What Is Not Covered" on pages 20-21.

Coverage is for 72 months, regardless of mileage.

For information on how to protect your vehicle from corrosion, see the section entitled "Service Procedures and Specifications – Body" in the Owner's Manual.

### Towing

When your vehicle is inoperable due to failure of a warranted part, towing service to the nearest authorized Lexus dealership is covered.

## WHAT IS NOT COVERED

This warranty does not cover damage or failures resulting directly or indirectly from any of the following:

- Fire, accidents or theft
- Abuse or negligence
- Misuse – for example, racing or overloading
- Improper repairs
- Alteration or tampering, including installation of non-Genuine Lexus Accessories
- Lack of or improper maintenance, including use of fluids other than those specified in the Owner's Manual
- Installation of non-Genuine Lexus Parts
- Airborne chemicals, tree sap, road debris (including stone chips), rail dust, salt, hail, floods, wind storms, lightning and other environmental conditions
- Water contamination

## NEW VEHICLE LIMITED WARRANTY

This warranty also does not cover the following:

### Tires

Tires are covered by a separate warranty provided by the tire manufacturer. See page 35.

### Normal Wear and Tear

Noise, vibration, cosmetic conditions and other deterioration caused by normal wear and tear.

### Maintenance Expense*

Normal maintenance services such as engine tune-ups; replacement of fluids and filters; lubrication; cleaning and polishing; replacement of spark plugs and fuses; and replacement of worn wiper blades, brake pads/linings and clutch linings.

### Vehicles With Altered Odometer

Failure of a vehicle on which the odometer has been altered so that actual vehicle mileage cannot be readily determined.

### Vehicles With Unknown Vehicle Identification Number

Any vehicle for which the original factory-assigned vehicle identification number cannot be determined.

### Salvage or Total-Loss Vehicles

Any vehicle that has ever been issued a "salvage" title or similar title under any state's law; or has ever been declared a "total loss" or equivalent by a financial institution or insurer, such as by payment for a claim in lieu of repairs because the cost of repairs exceeded the cash value of the vehicle. This exclusion does not apply to the emission control warranties.

### Incidental Damages

Incidental or consequential damages associated with a vehicle failure. Such damages include but are not limited to inconvenience; the cost of transportation, telephone calls and lodging; the loss of personal or commercial property; and the loss of pay or revenue.

*Lexus provides the first two scheduled maintenance services at no charge. See page 4 for details.

Exhibit 1
Page 36

**WARRANTY**

## WHAT IS COVERED AND HOW LONG

### Emission Defect Warranty

Lexus warrants that your vehicle:

- Was designed, built and equipped to conform at the time of sale with applicable federal emissions standards.

- Is free from defects in materials and workmanship that may cause the vehicle to fail to meet these standards.

Federal regulations require that this warranty be in effect for two years or 24,000 miles from the vehicle's in-service date, whichever occurs first. However, under the terms of the Basic Warranty, Lexus provides coverage of four years or 50,000 miles, whichever occurs first. Specific components may have longer coverage under the terms of the Powertrain Warranty. Additionally, components marked "8/80" in the parts list on pages 24-25 have coverage of eight years or 80,000 miles, whichever occurs first.

### Emission Performance Warranty

Some states and localities have established vehicle inspection and maintenance (I/M) programs to encourage proper vehicle maintenance. If an EPA-approved I/M program is in force in your area, you are eligible for Emission Performance Warranty coverage.

Under the terms of the Emission Performance Warranty and federal regulations, Lexus will make all necessary repairs if both of the following occur:

- Your vehicle fails to meet applicable emissions standards as determined by an EPA-approved emissions test.

- This failure results or will result in some penalty to you – such as a fine or denial of the right to use your vehicle – under local, state or federal law.

This warranty is in effect for two years or 24,000 miles from the vehicle's in-service date, whichever occurs first. Additionally, components marked "8/80" in the parts list on pages 24-25 have coverage of eight years or 80,000 miles, whichever occurs first.

## DISPUTE RESOLUTION

If a dispute arises regarding your warranty coverage, please follow the steps described on pages 10-11. Please note that you must use the National Center for Dispute Settlement before seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act. You may also be required to use the National Center for Dispute Settlement before seeking remedies under the Lemon Laws of your state. For the requirements applicable to your state, see the appropriate page of the *Lemon Law Guide* located in your vehicle.

### Disclaimer of Extra Expenses and Damages

The performance of necessary repairs and adjustments is the exclusive remedy under this warranty or any implied warranty. Lexus does not authorize any person to create for it any other obligation or liability in connection with this vehicle. Lexus shall not be liable for incidental or consequential damages resulting from breach of this written warranty or any implied warranty.

Any implied warranty of merchantability or fitness for a particular purpose is limited to the duration of this written warranty, except in states where this limitation is not allowed.

**WARRANTY**

Exhibit 1
Page 37

**WARRANTY**

## FEDERAL EMISSION CONTROL WARRANTY

### WHAT IS NOT COVERED

These warranty obligations do not apply to failures or noncompliance caused by:

- The use of replacement parts not certified in accordance with aftermarket parts certification regulations.

- The use of replacement parts not equivalent in quality or design to original equipment parts.

Provisions under the "What Is Not Covered" section of the New Vehicle Limited Warranty also apply to this warranty.

### WARRANTY PARTS LIST

**Air/Fuel Metering System**
- Air/fuel ratio feedback control system
- Cold-start enrichment system
- Deceleration control system
- Electronic fuel injection system components
  - Airflow sensor
  - Engine control module (8/80)
  - Throttle body
  - Other components

**Air Induction System**
- Intake manifold and intake air surge tank

**Air Injection System**
- Air injection manifold
- Air injection pump
- Airflow control valves

**Catalyst System**
- Catalytic converter and protector (8/80)
- Constricted fuel filler neck
- Exhaust manifold
- Exhaust pipe (manifold to catalyst and/or catalyst to catalyst)

**Evaporative Control System**
- Charcoal canister
- Diaphragm valve
- Fuel filler cap
- Fuel tank
- Vapor liquid separator

**Exhaust Gas Recirculation (EGR) System**
- EGR gas temperature sensor
- EGR valve
- Associated parts

**Ignition System**
- Distributor and internal parts
- Ignition coil and ignitor
- Ignition wires
- Spark plugs*

**Positive Crankcase Ventilation (PCV) System**
- Oil filler cap.
- PCV valve or orifice

**Other Parts Used in Systems Listed**
- Data link connector (8/80)
- Hoses, clamps, fittings, tubing and mounting hardware
- Malfunction indicator light and bulb (8/80)
- Pulleys, belts and idlers
- Sealing gaskets and devices
- Sensors, solenoids, switches and valves

---

8/80 = Covered for eight years or 80,000 miles, whichever occurs first.
*Warranted until first required maintenance under terms of the California Emission Control Warranty

8/80 = Covered for eight years or 80,000 miles, whichever occurs first

Exhibit 1
Page 38

# WARRANTY

## FEDERAL EMISSION CONTROL WARRANTY

### MAINTENANCE

You are responsible for performance of the required maintenance indicated in the Owner's *Manual* and this guide. Lexus will not deny a warranty claim solely because you do not have records to show that you maintained your vehicle. However, any failure or noncompliance caused by lack of maintenance is not covered by this warranty.

When maintenance and repairs are paid for by you, these services may be performed by you or by any automotive service provider you choose. Lexus will not deny a warranty claim solely because you used a service provider other than a Lexus dealership for maintenance and repairs. However, any failure or noncompliance caused by improper maintenance or repairs is not covered by this warranty.

### REPLACEMENT PARTS

To ensure optimum performance and maintain the quality built into your vehicle's emission control systems, Lexus recommends the use of Genuine Lexus Parts when servicing or repairing the systems.

Warranty coverage is not dependent upon the use of any particular brand of replacement parts and you may elect to use non-Genuine Lexus Parts for maintenance and repairs. However, use of replacement parts that are not equivalent in quality to Genuine Lexus Parts may impair the effectiveness of the emission control systems.

If you use replacement parts that have maintenance or replacement schedules different from those of Genuine Lexus Parts, you must follow the maintenance and replacement schedules for the parts you are using. In addition, you should ensure that such parts are warranted by their manufacturers to be equivalent to Genuine Lexus Parts.

## FEDERAL EMISSION CONTROL WARRANTY

### IF YOUR VEHICLE FAILS AN EMISSIONS TEST

If your vehicle fails an EPA-approved emissions test, you may make a claim under the Emission Performance Warranty. To do so, take your vehicle to an authorized Lexus dealership and present a copy of the emissions test report. Also, take your maintenance records in case they are needed.

If your claim qualifies for coverage, the dealership will repair your vehicle within 30 days (unless a shorter period is required by law). If your claim is denied, Lexus will notify you in writing of the reason within the same period. If we fail to do so, we will repair your vehicle free of charge. The only exceptions allowed are when you request or agree to a delay, or when a delay is caused by factors beyond the control of Lexus or the dealership.

For information on how to obtain service under the Emission Defect Warranty, see page 38, "Obtaining Warranty Service."

### IF YOU HAVE QUESTIONS

If you have questions or concerns about your vehicle's federal emission warranty coverage, please follow the steps described on pages 10–11. In the case of the Emission Performance Warranty, you may also request information from or report complaints to:

U.S. Environmental Protection Agency
Vehicle Programs & Compliance Division (6405J)
Attn: Warranty Complaints
401 M Street SW
Washington, D.C.  20460

Vehicles equipped with a California Certified Emission Control System that are registered and operated in California or any state that adopts California emission warranty provisions are also covered by the California Emission Control Warranty (see page 29).

Connecticut, Maine, Massachusetts, New Jersey, Oregon, Pennsylvania, Rhode Island, Vermont and Washington are the other states to which the California Emission Control Warranty currently applies.

Exhibit 1
Page 39

# WARRANTY

## CALIFORNIA EMISSION CONTROL WARRANTY

### YOUR WARRANTY RIGHTS AND OBLIGATIONS

The California Air Resources Board (CARB) and Lexus are pleased to explain the emission control system warranty for your 2010 vehicle. In California, new motor vehicles must be designed, built and equipped to meet the state's stringent anti-smog standards. CARB regulations require that Lexus must warrant the emission control system on your vehicle for the time periods indicated on the next page, provided there has been no abuse, neglect or improper maintenance of your vehicle.

Your emission control system may include parts such as the fuel injection system, ignition system, catalytic converter and engine computer. Also included may be hoses, belts, connectors and other emissions-related assemblies.

Where a warrantable condition exists, Lexus will repair your vehicle at no cost to you, including diagnosis, parts and labor.

Vehicles equipped with a California Certified Emission Control System that are registered and operated in California or any state that adopts California emission warranty provisions are covered by this warranty. Connecticut, Maine, Massachusetts, New Jersey, Oregon, Pennsylvania, Rhode Island, Vermont and Washington are the other states to which this warranty currently applies.

Vehicles covered by this warranty are also covered by the Federal Emission Control Warranty (see page 23).

---

## FEDERAL EMISSION CONTROL WARRANTY

### DEALER CERTIFICATE

We (the dealership) want you to know that at the time your new Lexus vehicle is being delivered:

1) On the basis of written notification furnished by Lexus, we have knowledge that the vehicle is covered by an EPA Certificate of Conformity.

2) We have visually inspected those emission control devices or portions thereof that are visible without removing or adjusting any components or systems, emissions-related or otherwise. On the basis of this inspection, there are no apparent deficiencies in the installation of emission control devices by Lexus. (For purposes of this certificate, "emission control devices" is limited to devices installed on a vehicle for the sole or primary purpose of controlling emissions and which were not in general use before 1968.)

3) We have performed all emission control system preparations required by Lexus prior to the sale of the vehicle as set forth in Lexus' current pre-delivery service manual.

4) Except as may be provided in Paragraph 5, if this vehicle fails an EPA-approved emissions test within three months or 4,000 miles (whichever comes first) of delivery to the ultimate purchaser, and the vehicle has been maintained and

used in accordance with the written instructions for proper maintenance and use, Lexus will remedy the nonconformity free of charge under the terms of the Emission Performance Warranty.

5) If vehicle was used as a company car or demonstrator, check box and complete the following:

☐ The vehicle with which this statement is delivered was placed into service as a company car or demonstrator prior to delivery. The Emission Performance Warranty period commenced on the date the vehicle was first placed into service, which was.

Month _____ Day _____ Year _____

Note: The dealership makes no representation or warranty that the emission control system or any part thereof is without defect or that the system will perform properly. The Emission Performance Warranty referred to in Paragraph 4 and furnished with the vehicle is solely that of the manufacturer.

This statement is required by section 207 of the Clean Air Act (42 U.S.C. 7541) and the EPA regulations issued thereunder.

Dealership name

Exhibit 1
Page 40

CALIFORNIA EMISSION CONTROL WARRANTY

# WARRANTY

## PARTS LIST: LONG-TERM EMISSION DEFECT WARRANTY

The parts listed here are covered for seven years or 70,000 miles from the vehicle's in-service date, whichever occurs first.

**Air/fuel Metering System**
- Air/fuel ratio sensor on GS 460, IS F, LS 460
- Engine control computer (engine control module)
- Fuel delivery pipe on IS F
- Fuel pressure sensor on GS 350, GS 460, IS F, IS 250, IS 350, LS 460
- Fuel pump on IS 250, IS 350, GS 350, SC 430
- Injector on IS F, IS 250, IS 350
- Throttle body

**Air Induction System**
- Intake manifold and intake air surge tank

**Catalyst System**
- Catalytic converter (warm-up three-way catalyst)
- Exhaust front pipe
- Exhaust manifold
- Exhaust manifold gasket on GS 460, IS F, LS 460, SC 430

*Your Warranties in Detail*   31

---

CALIFORNIA EMISSION CONTROL WARRANTY

## WHAT IS NOT COVERED

These warranty obligations do not apply to failures or noncompliance caused by:

- The use of replacement parts not certified in accordance with aftermarket parts certification regulations.
- The use of replacement parts not equivalent in quality or design to original equipment parts.

Provisions under the "What is Not Covered" section of the New Vehicle Limited Warranty also apply to this warranty.

## OWNER'S WARRANTY RESPONSIBILITIES

You are responsible for performance of the required maintenance indicated in the Owner's Manual and this guide. Lexus recommends that you retain all receipts covering maintenance on your vehicle, but Lexus cannot deny warranty coverage solely for the lack of receipts or your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a Lexus dealership as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

You should also be aware that Lexus may deny your warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, you should contact the Lexus Customer Satisfaction Department at (800) 255-3987 or the California Air Resources Board, Mobile Source Control Division, at 9528 Telstar Avenue, P.O. Box 8001, El Monte, CA 91734-8001.

## MANUFACTURER'S WARRANTY COVERAGE

1) For three years or 50,000 miles, whichever occurs first:

- If your vehicle fails a smog-check test, all necessary repairs and adjustments will be made by Lexus to ensure that your vehicle passes the test. This is your Emission Control System PERFORMANCE WARRANTY.
- If an emissions-related part listed on pages 24-25 is defective, the part will be repaired or replaced by Lexus. This is your SHORT-TERM Emission Control System DEFECT WARRANTY.

Note: Under the terms of the Basic Warranty, Lexus provides coverage of four years or 50,000 miles, whichever occurs first. Specific components may have longer coverage under the terms of the Powertrain Warranty.

2) For seven years or 70,000 miles, whichever occurs first:

- If an emissions-related part listed on pages 31-32 is defective, the part will be repaired or replaced by Lexus. This is your LONG-TERM Emission Control System DEFECT WARRANTY.

**WARRANTY**

Exhibit 1
Page 41

30   *Your Warranties in Detail*

**WARRANTY**

## IF YOUR VEHICLE FAILS A SMOG-CHECK TEST

If your vehicle fails a smog-check test, you may make a claim under the Emission Performance Warranty. To do so, take your vehicle to an authorized Lexus dealership and present a copy of the smog-check test report. Also, take your maintenance records in case they are needed.

If your claim qualifies for coverage, the dealership will repair your vehicle within 30 days (unless a shorter period is required by law). If your claim is denied, Lexus will notify you in writing of the reason within the same period. If we fail to do so, we will repair your vehicle free of charge. The only exceptions allowed are when you request or agree to a delay, or when a delay is caused by factors beyond the control of Lexus or the dealership.

For information on how to obtain service under the Emission Defect Warranty, see page 38, "Obtaining Warranty Service."

## REPLACEMENT PARTS

To ensure optimum performance and maintain the quality built into your vehicle's emission control systems, Lexus recommends the use of Genuine Lexus Parts when servicing or repairing the systems.

Warranty coverage is not dependent upon the use of any particular brand of replacement parts and you may elect to use non-Genuine Lexus Parts for maintenance and repairs. However, use of replacement parts that are not equivalent in quality to Genuine Lexus Parts may impair the effectiveness of the emission control systems.

If you use replacement parts that have maintenance or replacement schedules different from those of Genuine Lexus Parts, you must follow the maintenance and replacement schedules for the parts you are using. In addition, you should ensure that such parts are warranted by their manufacturers to be equivalent to Genuine Lexus Parts.

---

## MAINTENANCE

You are responsible for performance of the required maintenance indicated in the *Owner's Manual* and this guide. Lexus will not deny a warranty claim solely because you do not have records to show that you maintained your vehicle. However, any failure or noncompliance caused by lack of maintenance is not covered by this warranty.

When maintenance and repairs are paid for by you, these services may be performed by you or by any automotive service provider you choose. Lexus will not deny a warranty claim solely because you used a service provider other than a Lexus dealership for maintenance and repairs. However, any failure or noncompliance caused by improper maintenance or repairs is not covered by this warranty.

**Evaporative Control System**
- Charcoal canister
- Fuel tank

**Ignition System**
- Knock sensor on ES 350, GS 460, IS F, IS 250, IS 350, LS 460, SC 430

**Other Parts Used in Above Systems**
- Transmission solenoid

**WARRANTY**

Exhibit 1
Page 42

## WARRANTY

## TIRE LIMITED WARRANTY

### OBTAINING WARRANTY SERVICE

The tires that come as original equipment on your vehicle are warranted by their manufacturer and not Lexus. Please refer to the tire warranty statement included with the owner information in your vehicle.

To obtain warranty service for a tire, take the tire to an authorized dealer of the tire manufacturer. (Refer to your local phone directory for dealer locations.) Your Lexus dealer may also be able to assist you in obtaining warranty service from the manufacturer.

For additional warranty information or service assistance, contact the tire manufacturer directly.

### ORIGINAL EQUIPMENT TIRE MANUFACTURERS

**Bridgestone/Firestone**
535 Marriott Drive
Nashville, TN 37214
Bridgestone: (800)847-3272
Firestone: (800) 356-4644

**Dunlop Tires**
1144 East Market Street
Akron, OH 44316
(800)321-2136

**Michelin North America**
One Park Way South
P.O. Box 19001
Greenville, SC 29602
(800)847-3435

**Toyo Tire (U.S.A.) Corporation**
6261 Katella Ave., Suite 2B
Cypress, CA 90630
(800)442-8696

**Yokohama Tire Corporation**
601 South Acacia Avenue
Fullerton, CA 92831
(800)722-9888

## CALIFORNIA EMISSION CONTROL WARRANTY

### REPAIR DELAYS

If a Lexus dealership is unable to complete repairs on your vehicle within 30 days, you may have the repairs made under Lexus' provisions for emergency warranty repairs. See page 38 for details.

### IF YOU HAVE QUESTIONS

If you have questions or concerns about your vehicle's California emission warranty coverage, please follow the steps described on pages 10-11. You may also request information from or report complaints to:

California Air Resources Board
Mobile Source Control Division
PO. Box 8001
El Monte, CA 91734-8001
(800)242-4450

## WARRANTY

Exhibit 1
Page 43

# WARRANTY

## GENERAL INFORMATION

You are responsible for ensuring that your Lexus is operated and maintained according to the instructions in the *Owner's Manual* and the "Maintenance Information" section of this guide.

You should keep detailed records of vehicle maintenance, since under some circumstances they may be required for warranty coverage. These records should include date of service, mileage at time of service and a description of service performed and/or parts installed. For your convenience, maintenance logs are included in the "Maintenance Information" section of this guide. If you sell your vehicle, you should give your maintenance records to the new owner.

Lexus will not deny a warranty chain solely because you do not have records to show that you maintained your vehicle. However, damage or failures caused by lack of proper maintenance are not covered under warranty.

## WHERE TO GO FOR MAINTENANCE

You may have maintenance performed on your vehicle by any qualified person or facility. However, Lexus recommends that maintenance performed by an authorized Lexus dealership.

Lexus dealership technicians are specially trained to maintain and repair Lexus vehicles. They stay current on the latest service information through Lexus technical bulletins, service publications and training courses. Many are also certified through the Lexus Commitment to Perfection Certification Program, which requires specialized, state-of-the-art training as well as rigorous exams through both Lexus and the National Institute for Automotive Service Excellence.

You can be confident you're getting the best possible service for your vehicle when you take it to a Lexus dealership. Plus, a Lexus dealership will always use Genuine Lexus Parts designed specifically for your vehicle.

## REPLACEMENT PARTS

Warranty coverage is not dependent upon the use of any particular brand of replacement parts. However, Lexus recommends using only Genuine Lexus Parts when you need to replace a part on your vehicle. Like all Lexus products, Genuine Lexus Parts are built to the highest standards of quality, durability and performance. They are also designed to fit your vehicle's exact specifications.

Your Lexus dealership maintains an extensive inventory of Genuine Lexus Parts to meet your vehicle service needs. And because it is linked electronically to Lexus Parts Distribution Centers, the dealership has quick access to any parts it may not have in stock.

Genuine Lexus Parts are covered by their own warranty (see your dealer for details) or the remainder of any applicable New Vehicle Limited Warranty, whichever is longer. Non-Genuine Lexus Parts, or any damage or failures resulting from their use, are not covered by any Lexus warranty.

Exhibit 1
Page 44

# WARRANTY

## OPERATION AND MAINTENANCE

### BY GEOGRAPHIC REGION

#### In the United States, U.S. Territories and Canada

To obtain warranty service in the United States, U.S. territories or Canada, take your vehicle to an authorized Lexus dealership. If your vehicle cannot be driven, contact your nearest Lexus dealership for towing assistance. You do not have to pay for towing to the nearest Lexus dealership if your vehicle is inoperable due to failure of a warranted part.

#### Outside the United States, U.S. Territories and Canada

If you are using your vehicle outside the United States, U.S. territories and Canada and need warranty service, contact a local Lexus dealership. Please note, however, that your vehicle may not be repaired free of charge because the local Lexus distributor may have no obligation to provide warranty service for your vehicle, and/or your vehicle may not comply with local regulatory or environmental requirements.

### EMERGENCY REPAIRS

Lexus recommends having maintenance and repairs for your vehicle performed by an authorized Lexus dealership. To locate your nearest authorized Lexus dealership, contact Lexus Customer Satisfaction at (800) 255-3987 or log on to www.lexus.com.

Maintenance and repairs not performed by an authorized Lexus dealership should be performed by a qualified technician following procedures in Lexus service and repair publications.

If your vehicle is inoperable or unsafe to drive and there is no Lexus dealership reasonably available to make repairs, you may perform the repairs yourself or have them performed by another automotive service provider. Lexus will reimburse you for any of the repairs that are covered by warranty. To receive reimbursement, present to an authorized Lexus dealership your paid repair invoices and any parts that were removed from the vehicle. You will be reimbursed for

warranted parts at the manufacturer's suggested retail price and warranted labor at a geographically appropriate hourly rate multiplied by Lexus' recommended time allowance for the repair.

If your vehicle requires emergency repair, Lexus assumes no liability for subsequent failures caused by improper repairs or the use of non-Genuine Lexus Parts unless you have the vehicle properly repaired in a timely manner. To ensure that warranty coverage remains intact, have your vehicle inspected by an authorized Lexus dealership as soon as possible after an emergency repair.

Exhibit 1 Page 45

## MAINTENANCE

## THE IMPORTANCE OF SCHEDULED MAINTENANCE

Regular maintenance is essential to obtaining the highest level of performance, safety and reliability from your Lexus. It can also enhance your vehicle's resale value. This section of the *Warranty and Services Guide* is designed to help you make sure your vehicle receives proper and timely maintenance. It includes factory-recommended maintenance guidelines as well as logs in which to document your vehicle's maintenance history.

In addition to scheduled maintenance, your Lexus requires ongoing general maintenance such as fluid checks and visual inspections. These procedures are listed on pages 44–45 of this booklet and described in detail in the "Maintenance" section of the *Owner's Manual.*

With proper maintenance and care, your vehicle will last longer and deliver more dependable, economical performance. Follow this booklet's recommendations and you'll enjoy maximum reliability and peace of mind from your Lexus for many years to come.



## OBTAINING WARRANTY SERVICE

## NOTES

WARRANTY

40   *Your Responsibilities*

*Introduction*

Exhibit 1
Page 46

## MAINTENANCE AND LEXUS WARRANTY COVERAGE

Maintaining your vehicle according to the recommendations in this booklet is required to ensure that your warranty coverage remains intact. You should keep detailed records of vehicle maintenance, including date of service, mileage at time of service, and a description of service and/or parts installation performed. The maintenance logs in this booklet are a good place to record this information. If you sell your vehicle, be sure to give your maintenance records to the new owner.

Lexus will not deny a warranty claim solely because you do not have records to show that you maintained your vehicle. However, damage or failures caused by lack of proper maintenance are not covered under warranty.

Maintenance and repair services may be performed by you or by any automotive service provider you choose. Lexus will not deny a warranty claim solely because you used a service provider other than a Lexus dealership for maintenance and repairs. However, damage or failures caused by improper maintenance or repairs are not covered under warranty.

Your dealer may recommend more frequent maintenance intervals or more maintenance services than those listed in the scheduled maintenance log. These additional services are not required to maintain your warranty coverage. Ask your dealer for an explanation of any recommended maintenance not included in the scheduled maintenance log.

> For a complete description of Lexus warranty coverages, see pages 17–34 of this booklet.

## LEXUS DEALERSHIP SERVICE

To ensure that your vehicle receives first-quality service and factory-authorized parts, Lexus recommends having maintenance performed by an authorized Lexus dealership. To locate your nearest authorized Lexus dealership, contact Lexus Customer Satisfaction at (800) 255-3987 or log on to www.lexus.com.

Lexus dealership technicians are experts in the maintenance and repair of Lexus vehicles. They stay current on the latest service information through Lexus technical bulletins, service publications and training courses. Many are also certified through the Lexus Commitment to Perfection Certification Program, which requires specialized, state-of-the-art training as well as rigorous exams through both Lexus and the National Institute for Automotive Service Excellence.

Additionally, when you have your vehicle serviced at a Lexus dealership, your service information is recorded in the Lexus National Service History database. This is the first database of its kind in the automotive industry. It can be accessed by any Lexus dealership in the U.S. — a great convenience if you relocate or need to have your vehicle serviced while traveling.

You can be confident you're getting the best possible service for your vehicle when you take it to a Lexus dealership. Don't trust your investment to anything less than a team of Lexus specialists.

> Maintenance and repairs not performed by an authorized Lexus dealership should be performed by a qualified technician following procedures in Lexus service and repair publications.

Exhibit 1
Page 47

# MAINTENANCE

In addition to scheduled maintenance, your Lexus requires ongoing general maintenance such as fluid checks and visual inspections. The recommended guidelines for inspections are listed below. Please refer to the "Maintenance" section of the *Owner's Manual* for a detailed description of inspection procedures.

## When Refueling

When refueling, perform these inspections:

- Check engine oil level using the dipstick

- Visually check engine coolant level on the see-through reservoir (under cover)

- Visually check brake fluid level on the see-through reservoir

- Visually check power steering fluid level on the see-through reservoir (under cover)

- Visually check condition of battery (under cover)

- Check level of windshield washer fluid

## Every 30 Days

At least once every 30 days, perform these inspections:

- Check tire pressure.

- Check tires for damage and wear

## When Cleaning the Interior

- Remove dirt and dust with a vacuum cleaner. Wipe dirty surfaces with a soft cloth dampened with warm water.

- When cleaning carpet or cloth interior, remove dirt and dust with a vacuum cleaner. Apply a foaming-type carpet cleaner with a sponge or brush, allowing cleaner to work for a few minutes to loosen dirt. Continue by rubbing carpet or cloth interior in a circular motion. Wipe off any excess cleaner with a clean cloth. If any dirt remains, repeat process. Best results are obtained by keeping carpet and cloth interior as dry as possible.

- When cleaning leather interior, remove dirt and dust with a vacuum cleaner. Using a sponge, apply a small amount of neutral

wool detergent mixed in water, rubbing in a circular motion. Wipe off any excess detergent and let leather dry in an open-air location.

## When Cleaning the Exterior

- Working from top to bottom, apply lots of low-pressure water to the body, wheel wells and underside of vehicle to remove dirt and dust. Wash the vehicle body using a soft sponge or cotton cloth with mild car-wash soap. Rinse off with water.

- If water does not bead on a clean vehicle surface, apply car wax using a soft cotton cloth when the body of the vehicle is cool.

## When Cleaning the Wheels

- Wait for hot wheels to cool before getting wheels wet.

- Using a soft sponge or cotton cloth, apply same mild car-wash soap as used for the vehicle body. Quickly rinse off with water. Using a soft cotton cloth, apply same car wax as used for the vehicle body.

Exhibit 1
Page 48

# SCHEDULED MAINTENANCE LOG

## What are Lexus Personalized Settings?

Your vehicle includes a variety of electronic features that can be programmed to your preferences. For example, doors can be programmed to remain locked when you shift into "Park." (For more information, see the "Customizable Features" section of the Specifications chapter in your *Owner's Manual*.) Programming of these features is performed once at no charge, provided you obtain the service at the 30-day/1,000-mile scheduled maintenance service.

Programming of your Lexus Personalized Settings requires special equipment and may be performed only by an authorized Lexus dealership.

---

### 30 Days or 1,000 Miles
Complimentary First
Scheduled Maintenance Service

☐ Inspect body/glass

☐ Check for fluid leaks

☐ Road test vehicle

☐ Program Lexus Personalized Settings, if requested

Date: _____   Mileage: _____

Notes:

---

## Determining Your Maintenance Interval: Months vs. Mileage

Lexus recommends obtaining scheduled maintenance for your vehicle every six months or 5,000 miles, whichever occurs first.

For example:

• If at six months you have driven less than 5,000 miles, you should obtain maintenance at six months; don't wait until 5,000 miles.

• If you drive 5,000 miles in less than six months, you should obtain maintenance at 5,000 miles; don't wait until six months.

Be sure to keep an eye on your mileage so that you obtain maintenance when recommended. If you are a low-mileage driver, mark your calendar to remind yourself to obtain maintenance every six months.

## Complimentary First Scheduled Maintenance Service: 30 Days or 1,000 Miles

Lexus provides your first scheduled maintenance service at no charge. The service is performed at 30 days, or 1,000 miles, whichever occurs first, and includes the items listed in the chart on the next page. To obtain this complimentary service, contact your Lexus dealership.

## Complimentary Second Scheduled Maintenance Service: Six Months or 5,000 Miles

Lexus also provides your second scheduled maintenance service at no charge. The service is performed at six months or 5,000 miles, whichever occurs first, and includes the items listed in the chart on page 48. To obtain this complimentary service, contact your Lexus dealership.

## SCHEDULED MAINTENANCE LOG

### 48 Months or 15,000 Miles

- ☐ Replace engine oil and oil filter, reset reminder light
- ☐ Rotate tires²
- ☐ Clean air conditioner filter (ES, GS, IS)
- ☐ Visually inspect brake pads, calipers and rotors
- ☐ Road-test vehicle
- ☐ Inspect the following:
  — Axle shaft boots
  — Ball joints and dust covers
  — Body
  — Brake lines and hoses
  — Engine coolant (see page 69)
  — Exhaust pipes and mountings
  — Front differential oil (GS 350 AWD, IS 250 AWD, IS 460 AWD)
  — Rack and pinion assembly
  — Rear differential oil (GS, IS, LS, SC)
  — Steering linkage and boots

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ☐ Inspect engine air filter
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____

Notes:

Scheduled Maintenance Log     49

### 12 Months or 10,000 Miles

- ☐ Replace engine oil and oil filter, reset reminder light
- ☐ Rotate tires²
- ☐ Measure thickness of brake pads and rotors (GS, IS, LS, SC, IS 460 with Sport Package)
- ☐ Replace air conditioner filter (IS, SC)
- ☐ Replace Smart Key battery (all models except SC)
- ☐ Visually inspect brake pads, calipers and rotors
- ☐ Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions:**

Driving on dirt roads or dusty roads:
- ☐ Inspect axle shaft boots
- ☐ Inspect ball joints and dust covers
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____

Notes:

### 6 Months or 5,000 Miles¹

- ☐ Replace engine oil and oil filter, reset reminder light
- ☐ Rotate tires²
- ☐ Visually inspect brake pads, calipers and rotors
- ☐ Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ☐ Inspect axle shaft boots
- ☐ Inspect ball joints and dust covers
- ☐ Inspect engine air filter

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____

Notes:

¹This service is complimentary when performed by an authorized Lexus dealership
²Applies to models with same size front and rear tires and wheels

Scheduled Maintenance Log     48

Exhibit 1
Page 50

# SCHEDULED MAINTENANCE LOG

## 36 Months or 30,000 Miles

- ☐ Replace engine oil and oil filter; reset reminder light
- ☐ Rotate tires[1]
- ☐ Measure thickness and runout of brake rotors
- ☐ Measure thickness of brake pads (GS, IS, IS L, LS 460 with Sport Package)
- ☐ Replace air conditioner filter
- ☐ Replace brake fluid
- ☐ Replace engine air filter
- ☐ Replace Smart Key battery (all models except SC)
- ☐ Visually inspect brake pads, calipers, and rotors
- ☐ Road test vehicle
- ☐ Inspect the following:
  - ___ Axle shaft boots
  - ___ Ball joints and dust covers
  - ___ Body
  - ___ Brake lines and hoses
  - ___ Engine coolant (see page 69)
  - ___ Exhaust pipes and mountings
  - ___ Front differential oil (GS 350 AWD; IS 250 AWD; LS 460 AWD)
  - ___ Further and connection, fuel tank band and fuel tank vapor vent system hoses
  - ___ Fuel tank cap gasket
  - ___ Manual transmission oil (IS 250)
  - ___ Rack and pinion assembly
  - ___ Rear differential oil (GS, IS, LS, SC)
  - ___ Steering linkage and boots
  - ___ Transfer case for signs of leakage (GS 350 AWD; IS 250 AWD; LS 460 AWD)
  - ___ Transmission for signs of leakage

### Additional Maintenance Required If You Drive Primarily Under the Following Conditions:

Driving on dirt roads or dusty roads:
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____   Mileage: _____

Notes:

---

# SCHEDULED MAINTENANCE LOG

## 24 Months or 20,000 Miles

- ☐ Replace engine oil and oil filter; reset reminder light
- ☐ Rotate tires[1]
- ☐ Measure thickness of brake pads and rotors (GS, IS, IS L, LS 460 with Sport Package)
- ☐ Replace air conditioner filter (LS, SC)
- ☐ Replace Smart Key battery (all models except SC)
- ☐ Visually inspect brake pads, calipers, and rotors
- ☐ Road test vehicle

### Additional Maintenance Required If You Drive Primarily Under the Following Conditions

Driving on dirt roads or dusty roads:
- ☐ Inspect axle shaft boots
- ☐ Inspect ball joints and dust covers
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____   Mileage: _____

Notes:

## 30 Months or 25,000 Miles

- ☐ Replace engine oil and oil filter; reset reminder light
- ☐ Rotate tires[1]
- ☐ Visually inspect brake pads, calipers, and rotors
- ☐ Road test vehicle

### Additional Maintenance Required If You Drive Primarily Under the Following Conditions

Driving on dirt roads or dusty roads:
- ☐ Inspect axle shaft boots
- ☐ Inspect ball joints and dust covers
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____   Mileage: _____

Notes:

[1] Apply a thread lock adhesive on front antitheft lug nuts and bolts.

## SCHEDULED MAINTENANCE LOG

### 54 Months or 45,000 Miles

- ☐ Replace engine oil and oil filter; reset reminder light
- ☐ Rotate tires
- ☐ Clean air conditioner filter (ES, GS, IS)
- ☐ Visually inspect brake pads, calipers and rotors
- ☐ Road-test vehicle
- ☐ Inspect the following:
  - — Axle shaft boots
  - — Ball joints and dust covers
  - — Body
  - — Brake lines and hoses
  - — Engine coolant (see page 69)
  - — Exhaust pipes and mountings
  - — Front differential oil (GS 350 AWD, IS 250 AWD, LS 460 AWD)
  - — Rack and pinion assembly
  - — Rear differential oil (GS, IS, LS, SC)
  - — Steering linkage and boots

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ☐ Inspect engine air filter
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (LS)

Date: _____  Mileage: _____

Notes:

Scheduled Maintenance Log

---

## SCHEDULED MAINTENANCE LOG

### 48 Months or 40,000 Miles

- ☐ Replace engine oil and oil filter; reset reminder light
- ☐ Rotate tires
- ☐ Measure thickness of brake pads, and rotors (GS, IS, LS 460 with Sport Package)
- ☐ Replace Smart Key battery (all models except SC)
- ☐ Visually inspect brake pads, calipers and rotors
- ☐ Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ☐ Inspect axle shaft boots
- ☐ Inspect ball joints and dust covers
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____

Notes:

### 42 Months or 35,000 Miles

- ☐ Replace engine oil and oil filter; reset reminder light
- ☐ Rotate tires
- ☐ Visually inspect brake pads, calipers and rotors
- ☐ Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ☐ Inspect axle shaft boots
- ☐ Inspect ball joints and dust covers
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and bolts
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____

Notes:

*Applies to models with same size front and rear tires and wheels

Scheduled Maintenance Log

# SCHEDULED MAINTENANCE LOG

## MAINTENANCE

55

### 72 Months or 60,000 Miles

- ☐ Replace engine oil and oil filter; reset reminder light
- ☐ Rotate tires[1]
- ☐ Measure thickness and runout of brake rotors
- ☐ Measure thickness of brake pads (GS, IS, IS F, LS 460 with Sport Package)
- ☐ Replace air conditioner filter
- ☐ Replace brake fluid
- ☐ Replace engine air filter
- ☐ Inspect the following:
  - — Axle shaft boots
  - — Ball joints and dust covers
  - — Body
  - — Brake lines and hoses
  - — Drive belt
  - — Engine coolant (see page 49)
  - — Engine valve clearance (IS F, SC)
  - — Exhaust pipes and mountings
  - — Front differential oil (GS 350 AWD, IS 250 AWD, LS 460 AWD)
  - — Fuel tank cap gasket
  - — Manual transmission oil (IS 250)
  - — Rack and pinion assembly
  - — Rear differential oil (GS, IS, LS, SC)
  - — Steering linkage and boots
  - — Transfer case for signs of leakage (GS 350 AWD, IS 250 AWD, LS 460 AWD)
  - — Transmission for signs of leakage
  - — Fuel lines and connectors, fuel tank band and fuel tank vapor vent system hoses
- ☐ Replace rear differential oil (IS F)
- ☐ Replace Smart Key battery (all models except SC)
- ☐ Replace spark plugs (GS, IS, IS F, LS)[2]
- ☐ Visually inspect brake pads, calipers and rotors
- ☐ Road test vehicle

**Additional Maintenance Required if You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Replace transmission fluid (ES only, use type All WS or equivalent)
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____   Mileage: _____

Notes:

[2]Required under the terms of the Emission Control Warranty.

*Scheduled Maintenance Log*

---

# SCHEDULED MAINTENANCE LOG

### 66 Months or 55,000 Miles

- ☐ Replace engine oil and oil filter; reset reminder light
- ☐ Rotate tires[1]
- ☐ Visually inspect brake pads, calipers and rotors
- ☐ Road test vehicle

**Additional Maintenance Required if You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ☐ Inspect axle shaft boots
- ☐ Inspect ball joints and dust covers
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____   Mileage: _____

Notes:

---

### 60 Months or 50,000 Miles

- ☐ Replace engine oil and oil filter; reset reminder light
- ☐ Rotate tires[1]
- ☐ Measure thickness of brake pads and rotors (GS, IS, IS F, LS 460 with Sport Package)
- ☐ Replace air conditioner filter (IS, SC)
- ☐ Replace Smart Key battery (all models except SC)
- ☐ Visually inspect brake pads, calipers and rotors
- ☐ Road test vehicle

**Additional Maintenance Required if You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ☐ Inspect axle shaft boots
- ☐ Inspect ball joints and dust covers
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____   Mileage: _____

Notes:

[1]Applies to models with same size front and rear tires and wheels.

*Scheduled Maintenance Log*

## MAINTENANCE

54

Exhibit 1
Page 53

# MAINTENANCE

87

## SCHEDULED MAINTENANCE LOG

### 90 Months or 75,000 Miles

☐ Replace engine oil and oil filter; reset reminder light

☐ Rotate tires[1]

☐ Clean air conditioner filter (ES, GS, IS)

☐ Visually inspect brake pads, calipers and rotors

☐ Road-test vehicle

☐ Inspect the following
— Axle shaft boots
— Ball joints and dust covers
— Body
— Brake lines and hoses
— Drive belt
— Engine coolant (see page 64)
— Exhaust pipes and mountings
— Front differential oil (GS 350 AWD, IS 250 AWD, IS 460 AWD)
— Rack and pinion assembly
— Rear differential oil (GS, IS, LS, SC)
— Steering linkage and boots

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

**Driving on dirt roads or dusty roads:**

☐ Inspect engine air filter

☐ Tighten nuts and bolts on chassis

**Driving while towing:**

☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____

Notes: _____

*Scheduled Maintenance Log*

---

## SCHEDULED MAINTENANCE LOG

### 84 Months or 70,000 Miles

☐ Replace engine oil and oil filter; reset reminder light

☐ Rotate tires[1]

☐ Measure thickness of brake pads and rotors (GS, IS, IS F, LS 460 with Sport Package)

☐ Replace air conditioner filter (LS, SC)

☐ Replace Smart Key battery (all models except SC)

☐ Visually inspect brake pads, calipers and rotors

☐ Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

**Driving on dirt roads or dusty roads:**

☐ Inspect axle shaft boots

☐ Inspect ball joints and dust covers

☐ Inspect engine air filter

☐ Inspect steering linkage and boots

☐ Tighten nuts and bolts on chassis

**Driving while towing:**

☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____

Notes: _____

---

## SCHEDULED MAINTENANCE LOG

### 78 Months or 65,000 Miles

☐ Replace engine oil and oil filter; reset reminder light

☐ Rotate tires[1]

☐ Visually inspect brake pads, calipers and rotors

☐ Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

**Driving on dirt roads or dusty roads:**

☐ Inspect axle shaft boots

☐ Inspect ball joints and dust covers

☐ Inspect engine air filter

☐ Inspect steering linkage and boots

☐ Tighten nuts and bolts on chassis

**Driving while towing:**

☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____

Notes: _____

[1] Rotate tires with same-size front and rear tires and wheels.

*Scheduled Maintenance Log*

Exhibit 1
Page 54

# MAINTENANCE

59

## SCHEDULED MAINTENANCE LOG

### 108 Months or 90,000 Miles

- ❏ Replace engine oil and oil filter; reset reminder light
- ❏ Rotate tires†
- ❏ Measure thickness and runout of brake rotors
- ❏ Measure thickness of brake pads (GS, IS, IS F, LS 460 with Sport Package)
- ❏ Replace air conditioner filter
- ❏ Replace brake fluid
- ❏ Replace engine air filter
- ❏ Inspect the following:
  - — Air shafts boots
  - — Ball joints and dust covers
  - — Body
  - — Brake lines and hoses
  - — Drive belt
  - — Engine coolant (see page 69)
  - — Exhaust pipes and mountings
  - — Fuel differential oil (GS 350 AWD, IS 250 AWD, LS 460 AWD)
  - — Fuel lines and connections, fuel tank band and fuel tank vapor vent system hoses
- ❏ Replace Smart Key battery (all models except SC)
- ❏ Replace swing bolt (SC)
- ❏ Visually inspect brake pads, calipers and rotors
- ❏ Road-test vehicle

  - — Fuel tank cap gasket
  - — Manual transmission oil (IS 250)
  - — Rack and pinion assembly
  - — Rear differential oil (GS, IS, LS, SC)
  - — Steering linkage and boots
  - — Transfer case for signs of leakage (GS 350 AWD, IS 250 AWD, LS 460 AWD)
  - — Transmission for signs of leakage

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ❏ Tighten nuts and bolts on chassis

Driving while towing:
- ❏ Tighten nuts and bolts on chassis (ES)

Date: _____   Mileage: _____

Notes:

Scheduled Maintenance Log

---

## SCHEDULED MAINTENANCE LOG

### 102 Months or 85,000 Miles

- ❏ Replace engine oil and oil filter; reset reminder light
- ❏ Rotate tires†
- ❏ Visually inspect brake pads, calipers, and rotors
- ❏ Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ❏ Inspect axle shaft boots
- ❏ Inspect ball joints and dust covers
- ❏ Inspect engine air filter
- ❏ Inspect steering linkage and boots
- ❏ Tighten nuts and bolts on chassis

Driving while towing:
- ❏ Tighten nuts and bolts on chassis (ES)

Date: _____   Mileage: _____

Notes:

### 96 Months or 80,000 Miles

- ❏ Replace engine oil and oil filter; reset reminder light
- ❏ Rotate tires†
- ❏ Measure thickness of brake pads and rotors (GS, IS, IS F, LS 460 with Sport Package)
- ❏ Replace air conditioner filter (LS, SC)
- ❏ Replace Smart Key battery (all models except SC)
- ❏ Visually inspect brake pads, calipers and rotors
- ❏ Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ❏ Inspect axle shaft boots
- ❏ Inspect ball joints and dust covers
- ❏ Inspect engine air filter
- ❏ Inspect steering linkage and boots
- ❏ Tighten nuts and bolts on chassis

Driving while towing:
- ❏ Tighten nuts and bolts on chassis (ES)

Date: _____   Mileage: _____

Notes:

†Applies to models with same type front and rear tires and wheels

Scheduled Maintenance Log

Exhibit 1
Page 55

## MAINTENANCE

61

## SCHEDULED MAINTENANCE LOG

### 126 Months or 105,000 Miles

- ☐ Replace engine oil and oil filter; reset reminder light
- ☐ Rotate tires¹
- ☐ Clean air conditioner filter (ES, GS, IS)
- ☐ Visually inspect brake pads, calipers and rotors
- ☐ Road-test vehicle
- ☐ Inspect the following
  - ___ Axle-shaft boots
  - ___ Ball joints and dust covers
  - ___ Body
  - ___ Brake lines and hoses
  - ___ Drive belt
  - ___ Exhaust pipes and mountings
  - ___ front differential oil (GS 350 AWD) (IS 250 AWD, IS 460 AWD)
  - ___ Rack and pinion assembly
  - ___ Rear differential oil (GS, IS, LS, SC)
  - ___ Steering linkage and boots

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ☐ Inspect engine air filter
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____   Mileage: _____

Notes:

---

## SCHEDULED MAINTENANCE LOG

### 114 Months or 95,000 Miles

- ☐ Replace engine oil and oil filter; reset reminder light
- ☐ Rotate tires¹
- ☐ Visually inspect brake pads, calipers and rotors
- ☐ Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ☐ Inspect axle-shaft boots
- ☐ Inspect ball joints and dust covers
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____   Mileage: _____

Notes:

### 120 Months or 100,000 Miles

- ☐ Replace engine oil and oil filter; reset reminder light
- ☐ Rotate tires¹
- ☐ Measure thickness of brake pads and rotors (GS, IS, IS F, LS 460 with Sport Package)
- ☐ Replace air conditioner filter (LS, SC)
- ☐ Replace engine coolant (see page 69)
- ☐ Replace Smart Key battery (all models except SC)
- ☐ Visually inspect brake pads, calipers and rotors
- ☐ Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- ☐ Inspect axle-shaft boots
- ☐ Inspect ball joints and dust covers
- ☐ Inspect engine air filter
- ☐ Inspect steering linkage and boots
- ☐ Tighten nuts and bolts on chassis

Driving while towing:
- ☐ Tighten nuts and bolts on chassis (ES)

Date: _____   Mileage: _____

Notes:

¹ Apply to tire rotation to those with some type of front and/or rear tires and wheels.

Exhibit 1
Page 56

# MAINTENANCE

63

## SCHEDULED MAINTENANCE LOG

### 144 Months or 120,000 Miles

- Replace engine oil and oil filter; reset reminder light [1]
- Rotate tires [1]
- Measure thickness and turnout of brake rotors
- Measure thickness of brake pads (GS, IS, IS F, LS 460 with Sport Package)
- Replace air conditioner filter
- Replace brake fluid
- Replace engine air filter
- Inspect the following:
  — Axle shaft boots
  — Ball joints and dust covers
  — Body
  — Brake lines and hoses
  — Drive belt
  — Engine valve clearance (IS F, SC)
  — Exhaust pipes and mountings
  — Front differential oil (GS 350 AWD, IS 250 AWD, LS 460 AWD)
  — Fuel lines and connections, fuel tank band and fuel tank vapor vent system hoses
- Replace rear differential oil (IS F)
- Replace Smart Key battery (all models except SC)
- Replace spark plugs [2] (for IS 350, use Denso FK20HR11 plugs or equivalent)
- Visually inspect brake pads, calipers and rotors
- Road-test vehicle
  — Fuel tank cap gasket
  — Manual transmission oil (IS 250)
  — Rack and pinion assembly
  — Rear differential oil (GS, IS, LS, SC)
  — Steering linkage and boots
  — Transfer case for signs of leakage (GS 350 AWD, IS 250 AWD, LS 460 AWD)
  — Transmission for signs of leakage

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- Tighten nuts and bolts on chassis

Driving while towing:
- Replace transmission fluid (LS only; use type ATFWS or equivalent)
- Tighten nuts and bolts on chassis (LS)

Date: _____   Mileage: _____

Notes:

---

### 138 Months or 115,000 Miles

- Replace engine oil and oil filter; reset reminder light
- Rotate tires
- Inspect engine coolant (see page 69)
- Visually inspect brake pads, calipers and rotors
- Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- Inspect axle shaft boots
- Inspect ball joints and dust covers
- Inspect engine air filter
- Inspect steering linkage and boots
- Tighten nuts and bolts on chassis

Driving while towing:
- Tighten nuts and bolts on chassis (LS)

Date: _____   Mileage: _____

Notes:

---

### 132 Months or 110,000 Miles

- Replace engine oil and oil filter; reset reminder light
- Rotate tires [1]
- Measure thickness of brake pads and rotors (GS, IS, IS F, LS 460 with Sport Package)
- Replace air conditioner filter (LS, SC)
- Replace Smart Key battery (all models except SC)
- Visually inspect brake pads, calipers and rotors
- Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
- Inspect axle shaft boots
- Inspect ball joints and dust covers
- Inspect engine air filter
- Inspect steering linkage and boots
- Tighten nuts and bolts on chassis

Driving while towing:
- Tighten nuts and bolts on chassis (LS)

Date: _____   Mileage: _____

Notes:

---

[1] Applies to models with same size front and rear tires and wheels.

[2] Required under the terms of the Emission Control Warranty.

*Scheduled Maintenance Log*

2

Exhibit 1
Page 57

# MAINTENANCE

## SCHEDULED MAINTENANCE LOG

### 162 Months or 135,000 Miles

☐ Replace engine oil and oil filter; reset reminder light

☐ Rotate tires[1]

☐ Clean air conditioner filter (ES, GS, IS)

☐ Visually inspect brake pads, calipers, and rotors

☐ Road test vehicle

☐ Inspect the following:
— Axle shaft boots — Front differential oil (GS 350 AWD, IS 250 AWD, LS 460 AWD)
— Ball joints and dust covers — Rack and pinion assembly
— Body — Rear differential oil (GS, IS, LS, SC)
— Brake lines and hoses — Steering linkage and boots
— Drive belt
— Exhaust pipes and mountings

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

**Driving on dirt roads or dusty roads:**

☐ Inspect engine air filter

☐ Tighten nuts and bolts on chassis

**Driving while towing:**

☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____

Notes: _____

## SCHEDULED MAINTENANCE LOG

### 156 Months or 130,000 Miles

☐ Replace engine oil and oil filter; reset reminder light

☐ Rotate tires[1]

☐ Inspect engine coolant (see page 69)

☐ Measure thickness of brake pads and rotors (GS, IS, ISF, LS 460 with Sport Package)

☐ Replace air conditioner filter (ES, SC)

☐ Replace Smart Key battery (all models except SC)

☐ Visually inspect brake pads, calipers, and rotors

☐ Road test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

**Driving on dirt roads or dusty roads:**

☐ Inspect axle shaft boots

☐ Inspect ball joints and dust covers

☐ Inspect engine air filter

☐ Inspect steering linkage and boots

☐ Tighten nuts and bolts on chassis

**Driving while towing:**

☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____

Notes: _____

### 150 Months or 125,000 Miles

☐ Replace engine oil and oil filter; reset reminder light

☐ Rotate tires[1]

☐ Visually inspect brake pads, calipers, and rotors

☐ Road test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

**Driving on dirt roads or dusty roads:**

☐ Inspect axle shaft boots

☐ Inspect ball joints and dust covers

☐ Inspect engine air filter

☐ Inspect steering linkage and boots

☐ Tighten nuts and bolts on chassis

**Driving while towing:**

☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____

Notes: _____

[1] Applies to models with same size front and rear tires and wheels.

Exhibit 1
Page 58

## SCHEDULED MAINTENANCE LOG

# MAINTENANCE

**67**

### 180 Months or 150,000 Miles

☐ Replace engine oil and oil filter; reset reminder light
☐ Rotate tires[1]
☐ Measure thickness and runout of brake rotors
☐ Measure thickness of brake pads (GS, IS, ISF, LS 460 with Sport Package)
☐ Replace air conditioner filter
☐ Replace brake fluid
☐ Replace engine air filter
☐ Inspect the following:
  ___ Axle shaft boots
  ___ Ball joints and dust covers
  ___ Body
  ___ Brake lines and hoses
  ___ Driveshaft
  ___ Exhaust pipes and mountings
  ___ Front differential oil (GS 350 AWD, IS 250 AWD, LS 460 AWD)
  ___ Steering linkage and boots
  ___ Fuel tank, fuel lines and connections, fuel tank band and fuel tank vapor vent system hoses

☐ Replace engine oil coolant (see page 69)
☐ Replace Smart Key battery (all models except SC)
☐ Visually inspect brake pads, calipers and rotors
☐ Road-test vehicle

  ___ Fuel tank cap gasket
  ___ Manual transmission oil (IS 250)
  ___ Rack and pinion assembly
  ___ Rear differential oil (GS, IS, LS, SC)
  ___ Steering linkage and boots
  ___ Transfer case for signs of oil leakage (GS 350 AWD, IS 250 AWD, LS 460 AWD)
  ___ Transmission for signs of leakage

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
☐ Tighten nuts and bolts on chassis

Driving while towing:
☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____
Notes:

*Scheduled Maintenance Log*

---

## SCHEDULED MAINTENANCE LOG

### 174 Months or 145,000 Miles

☐ Replace engine oil and oil filter; reset reminder light
☐ Rotate tires[1]
☐ Inspect engine coolant (see page 69)
☐ Visually inspect brake pads, calipers and rotors
☐ Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
☐ Inspect axle shaft boots
☐ Inspect ball joints and dust covers
☐ Inspect engine air filter
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis

Driving while towing:
☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____
Notes:

### 168 Months or 140,000 Miles

☐ Replace engine oil and oil filter; reset reminder light
☐ Rotate tires[1]
☐ Measure thickness of brake pads and rotors (GS, IS, ISF, LS 460 with Sport Package)
☐ Replace air conditioner filter (LS, SC)
☐ Replace Smart Key battery (all models except SC)
☐ Visually inspect brake pads, calipers and rotors
☐ Road-test vehicle

**Additional Maintenance Required If You Drive Primarily Under the Following Conditions**

Driving on dirt roads or dusty roads:
☐ Inspect axle shaft boots
☐ Inspect ball joints and dust covers
☐ Inspect engine air filter
☐ Inspect steering linkage and boots
☐ Tighten nuts and bolts on chassis

Driving while towing:
☐ Tighten nuts and bolts on chassis (ES)

Date: _____  Mileage: _____
Notes:

[1] Rotate tires on models with same style front and rear tires and wheels.

**66**   *Scheduled Maintenance Log*

# MAINTENANCE

Exhibit 1
Page 59

# MAINTENANCE

## EXPLANATION OF MAINTENANCE ITEMS

### Engine Air Filter

Check for damage, excessive wear and oiliness. Replace if necessary.

### Engine Coolant

When inspecting, visually check the engine coolant level on the see-through reservoir. Add coolant as necessary. When replacing, drain and flush the cooling system and refill with coolant. Always use Genuine Toyota Super Long Life Coolant or similar high-quality non-silicate, non-amine, non-nitrite, non-borate ethylene-glycol coolant with long-life hybrid organic acid technology (i.e., a combination of low phosphates and organic acids). Check that the radiator is not blocked with leaves, dirt or insects and clean if necessary. Also check the hose connections for corrosion and condition of installation. A qualified technician should perform these operations.

Note: Initial replacement is at 120 months/100,000 miles. Replace every 60 months/50,000 miles thereafter.

### Brake Pads, Calipers and Rotors

Check brake pads and rotors for excessive wear, check brake rotors for runout, check brake calipers for fluid leakage. Check the parking brake linings (shoes) and drums for scoring, burning, fluid leakage, broken parts and excessive wear. Some models are equipped with directional rotors. When servicing these rotors, reinstall at same location. A qualified technician should perform these operations. See inside front cover for additional brake information.

### Differential Oil

Inspect each differential component for signs of leakage. If you discover any leakage, have it repaired immediately by a qualified technician. Refer to your Owner's Manual for fluid specifications. For ISF, replace rear differential oil at specified intervals.

### Drive Belt

Inspect for cracks, excessive wear and oiliness. Check the belt tension and adjust if necessary. Replace the belt if it is damaged.

## EXPLANATION OF MAINTENANCE ITEMS

### Ball Joints and Dust Covers

Check the suspension and steering linkage ball joints for looseness and damage. Check all dust covers for deterioration and damage. A qualified technician should perform these inspections.

### Body Inspection

Visually check for corrosion, scratches and other damage. Check outer body panels, inner panels of the hood and doors, and underneath the vehicle. Apply touch-up paint to any chips and scratches or have them repaired by a qualified technician.

### Brake Fluid

Replace using fluid type specified in your Owner's Manual. A qualified technician should perform this operation.

### Brake Lines and Hoses

Visually inspect for proper installation. Check for chafing, cracks, deterioration and signs of leakage. Replace any deteriorated or damaged parts. A qualified technician should perform these operations.

## EXPLANATION OF MAINTENANCE ITEMS

The following descriptions are provided to give you a better understanding of the maintenance services that should be performed on your vehicle. The scheduled maintenance log indicates at which time/mileage intervals each service should be performed. Please note that many maintenance services should be performed only by a qualified technician.

For further information on maintenance services that you can perform yourself, see the maintenance sections of your Owner's Manual.

### Air Conditioner Filter

Clean or replace at specified intervals. More frequent cleaning or replacement may be required when driving in dusty conditions, heavy traffic areas, urban areas, desert areas or dirt roads. Refer to your Owner's Manual for service details.

### Axle Shaft Boots

Check the axle shaft boots and clamps for cracks, deterioration and damage. Replace any damaged parts and, if necessary, repack the grease. A qualified technician should perform these operations.

Exhibit 1
Page 60

## EXPLANATION OF MAINTENANCE ITEMS

**Engine Oil and Oil Filter**

Replace the oil filter and drain and refill the engine oil at specified intervals. For recommended oil grade and viscosity, refer to your *Owner's Manual*. Some models are equipped with a replaceable oil-filter element and oil-filter cap O-ring; replace both at each oil change. For instructions on how to reset the reminder light, refer to your *Owner's Manual*.

**Engine Valve Clearance**

(Sensory Inspection – IS F, SC) Inspect for excessive filter noise and engine vibration and adjust if necessary. (All other models are equipped with hydraulic valve lash adjusters that require no periodic clearance inspection or adjustment.)

**Exhaust Pipes and Mountings**

Visually inspect the exhaust pipes, muffler and hangers for cracks, deterioration and damage. Start the engine and listen carefully for any exhaust leakage. Tighten connections and replace parts as necessary.

**Fuel Lines and Connections, Fuel Tank Band and Fuel Tank Vapor Vent System Hoses**

Visually inspect for corrosion, damage, cracks, and loose or leaking connections. Tighten connections and replace parts as necessary.

**Fuel Tank Cap Gasket**

Visually inspect for cracks, deterioration and damage and replace if necessary.

**Nuts and Bolts on Chassis**

Check that tightness of the seat-mounting bolts and front/rear suspension-member retaining bolts matches torque measurements specified in the *Repair Manual.*

**Power Steering Fluid**

When inspecting, visually check the power steering fluid level on the see-through reservoir. Add fluid as necessary. For fluid specifications, refer to your *Owner's Manual.*

**Rack and Pinion Assembly**

Inspect the rack and pinion assembly for signs of leakage, damage and loose electrical connections. Tighten connections and if you discover any leakage or damage, have it repaired immediately by a qualified technician.

**Road Test**

While driving the vehicle, check for proper operation of engine, transmission, brakes and steering. Also check for abnormal noise or vibration from any part of the vehicle.

**Spark Plugs**

Replace at specified interval. Install new plugs of the same type as originally equipped. A qualified technician should perform this operation. To ensure optimum engine performance on ES 350, replace only with Denso FK20HR11 plugs or equivalent.

**Steering Linkage and Boots**

With the vehicle stopped, check for excessive freeplay in the steering wheel. Inspect the linkage for bending and damage and the dust boots for deterioration, cracks and damage. Replace any damaged parts. A qualified technician should perform these operations.

**Timing Belt (SC)**

Replace every 90,000 miles or 108 months. A qualified technician should perform this operation.

**Timing Chain (ES, GS, IS, LS)**

The ES, GS, IS and LS are equipped with a timing chain that requires no periodic inspection.

**Tire Rotation**

Tires should be rotated according to the instructions in your *Owner's Manual.* When rotating tires, check pressure and check for damage and uneven wear. If the spare is not rotated, check the condition and pressure of the spare.

**Tire-Pressure Warning Sensors**

A tire-pressure sensor is mounted on each full-size wheel. These sensors do not require periodic maintenance. When a sensor's long-life lithium battery becomes discharged, the battery should be replaced by a qualified technician following procedures in Lexus service and repair publications.

**Transfer Case/Transmission**

Inspect each transfer case/transmission component for signs of leakage. If you discover any leakage, have it repaired immediately by a qualified technician.

Note: The transfer case/transmission and transmission fluid are a completely sealed unit. Therefore, periodic checks and replacement of the transmission fluid are not required, and there is no dipstick on the transmission. Any repairs that require adding or replacing fluid should be performed by a qualified technician following procedures in Lexus service and repair publications.

Exhibit 1
Page 61

# INDEX

Air conditioner filter ........................................ 48-67*, 68
Axle shaft boots ............................................. 48-67*, 68
Ball joints and dust covers ................................. 48-67*, 68
Body inspection ............................................. 48-67*, 68
Brakes
  General information ....................................... inside front cover
  Fluid ..................................................... 44, 68
  Lines and hoses ........................................... 48-67*, 68
  Pads/rotors and linings/drums ............................. 48-67*, 69
Collision repairs ............................................ 8
Complimentary services
  Maintenance services ...................................... 4, 46-47
  Other services ............................................ 4-6
Differential oil ............................................ 48-67*, 69
Dispute resolution .......................................... 10-14, 22
Drive belt .................................................. 48-67*, 69
Emergency repairs ........................................... 38-39
Engine air filter ........................................... 48-67*, 69
Engine coolant .............................................. 44, 48-67*, 69
Engine oil and filter ....................................... 44, 48-67*, 70
Engine valve clearance ...................................... 48-67*, 70
Exhaust pipes and mountings ................................. 48-67*, 70
Fuel lines and connections, fuel tank band and
  fuel tank vapor vent system hoses ......................... 48-67*, 70
Fuel tank cap gasket ........................................ 48-67*, 70
Inspections, general maintenance ............................ 44-45

*See scheduled maintenance log for maintenance interval.

---

## VEHICLE IDENTIFICATION

Model _____

Body style _____

In-service date _____

Mileage at delivery _____

Selling dealership _____

Selling dealership phone number _____

Key number _____

Vehicle Identification Number _____

Exhibit 1
Page 62

**MAINTENANCE**

Steering linkage and boots ..................... 48–67*, 71
Timing belt ..................................................... 59, 71
Timing chain ............................................................ 71
Tire inspections ....................................................... 44
Tire rotation ................................................ 48–67*, 71
Tire-pressure warning sensors ................................. 71
Tires, warranty coverage ......................................... 35
Transfer case ............................................... 48–67*, 71
Transmission .............................................. 48–67*, 71
Travel protection ........................................................ 5

Warranty coverages
  Basic ..................................................................... 19
  California Emission Control .............................. 29–34
  Corrosion perforation .......................................... 20
  Coverages at a glance .......................................... 16
  Federal Emission Control .................................. 23–28
  General provisions ........................................... 17–18
  Powertrain ............................................................ 19
  Restraint systems ................................................. 19
  Tires ...................................................................... 35
  Towing .................................................................. 20
  What is not covered ............................. 18, 20–22, 24, 31

*See scheduled maintenance log for maintenance interval

Keys ....................................................................... 8–9
Lexus Personalized Settings ............................. 1, 4, 47
Loaner vehicle ........................................................... 5
Maintenance
  As related to warranty coverage ............. 26, 31, 36, 42
  Complimentary first and second services ..... 4, 46–48
  Explanation of maintenance items .................... 68–71
  General maintenance and inspections ............. 44–45
  Importance of maintenance ................................. 41
  Maintenance intervals ......................................... 46
  Scheduled maintenance log .......................... 47–67
  Where to obtain maintenance ..... inside front cover, 36, 43
Nuts and bolts, on chassis ......................... 48–67*, 70
Oil changes ............................................... 48–67*, 70
Owner responsibilities ..................... 26, 30, 32, 36–39
Parts replacement .............................. 8, 17, 26, 33, 37
Power steering fluid ....................................... 44, 70
Pre-delivery service ................................................. 1
Quality control ........................................................ 7
Rack and pinion assembly ........................ 48–67*, 70
Road test ................................................... 48–67*, 70
Roadside assistance ........................................... 1, 5–6
Service agreements ................................................... 7
Service history .......................................................... 7
Smog-check tests ............................................... 27, 33
Spark plugs .......................................... 55, 63, 70

Exhibit 1
Page 63

**NOTES**

## Owner Information Change Form

If your name or address has changed or if you purchased your Lexus as a used vehicle, please complete and mail one of the attached cards, even if your warranty coverage has expired. This will enable Lexus to contact you with important product or safety updates concerning your vehicle. If there is no longer a card attached, please call the Lexus Customer Satisfaction Department at (800) 255-3987.

Check one:

☐ Same owner, name and/or address changed

☐ Same owner, additional driver who should receive product/safety updates

☐ New owner, purchased vehicle used from a Lexus dealership on this date: _____

☐ New owner, purchased vehicle used from other than a Lexus dealership on this date: _____

| FBC |

Vehicle Identification Number (required to process change)

Today's date: ___ Mo. ___ Day ___ Year

☐ Mr.   ☐ Mrs.   ☐ Ms.   ☐ Miss   ☐ Dr.

First name     M.I.     Last name

Check here if address below is for company: ☐

Company name

Street address or P.O. Box     Apt. or suite number

City     State     Zip code

Primary phone number     Secondary phone number

E-mail address: _____

This information is obtained solely for the use of Lexus. Lexus occasionally sends special promotional offers to registered owners. Check here if you prefer not to receive these offers. ☐



Exhibit 1
Page 64



LEXUS

This information is obtained solely for the use of Lexus. Lexus occasionally sends special promotional offers to registered owners. Check here if you prefer not to receive these offers. ☐

## Owner Information Change Form

If your name or address has changed or if you purchased your Lexus as a used vehicle, please complete and mail one of the attached cards, even if your warranty coverage has expired. This will enable Lexus to contact you with important product or safety updates concerning your vehicle. If there is no longer a card attached, please call the Lexus Customer Satisfaction Department at (800) 255-3987.

FBC

Check one:

- ☐ Same owner, name and/or address changed
- ☐ Same owner, additional driver who should receive product/safety updates
- ☐ New owner, purchased vehicle used from a Lexus dealership on this date: ____________
- ☐ New owner, purchased vehicle used from other than a Lexus dealership on this date: ____________

Vehicle Identification Number (required to process change) ____ Today's date: Mo. ___ Day ___ Year ___

☐ Mr. ☐ Mrs. ☐ Ms. ☐ Miss ☐ Dr.

First name ____ M.I. ____ Last name ____

Company name ____ Check here if address below is for company: ☐

Street address or P.O. Box ____ Apt. or suite number ____

City ____ State ____ Zip code ____

Primary phone number ____ Secondary phone number ____

E-mail address: ____________

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO. 449 TORRANCE, CA

POSTAGE WILL BE PAID BY THE ADDRESSEE

LEXUS
L202
ATTN: CUSTOMER SATISFACTION
PO BOX 2991
TORRANCE CA 90509-9975

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO. 449 TORRANCE, CA

POSTAGE WILL BE PAID BY THE ADDRESSEE

LEXUS
L202
ATTN: CUSTOMER SATISFACTION
PO BOX 2991
TORRANCE CA 90509-9975

Exhibit 1
Page 66

8/09



**LEXUS**
THE PURSUIT OF PERFECTION.

Mixed Sources
FSC

00505-10WSG-SEDAN

Exhibit 1
Page 67

**EXHIBIT  2**



October 21, 2010

Mr. Neal Kruszka
4374 108Th St
Franksville, WI 53126-9102

Re:    VIN: JTHCF5C28A2033421
       Vehicle's Year and Model: 2010 IS 250

Dear Mr. Neal Kruszka,

Thank you for providing us with the opportunity to evaluate your Lemon Law claim. In order to investigate your concerns, we did the following:

1. Reviewed the Lexus warranty history for the subject vehicle;
2. Reviewed all known repair orders from all Lexus authorized repair facilities;
3. Reviewed the documentation you sent us;
4. Inspected the vehicle.

After accomplishing the above, we believe that your concerns were not caused by a defect in materials or workmanship. Therefore, we cannot offer you any assistance at this time.

Although we do not wish to suggest any particular course of action, we would like to re-introduce the National Center for Dispute Settlement (NCDS) program. Again, this program is part of Lexus' commitment to provide, free of charge, an impartial and non-affiliated organization to promptly and equitably address your concerns. If you would like more information, please contact the Lexus Customer Satisfaction at 1-800-255-3987, Monday through Friday, 5:00 a.m. to 6:00 p.m., Pacific Standard Time. Saturday 7:00 a.m. to 4:00 p.m., Pacific Standard Time.

Sincerely,

Ashley Horstman
Lexus Customer Satisfaction

450 East Diehl Road, Naperville, IL 60563      630 505-0535      630 505-4399 Fax      www.lexus.com

Exhibit 2
Page 68

**EXHIBIT 3**

1

2

3    NEAL KRUSZKA,                          ) CASE NO:
                                            )
4    Individually and on behalf            )
     of all others similarly situated,     ) JUDGE:
5                                           )
6              PLAINTIFF,                   ) **CLRA DECLARATION OF**
                                            ) **ATTORNEY RYAN**
7                                           ) **BAKHTIARI**
                                            )
8              -vs-                         )
                                            )
9    TOYOTA MOTOR CORPORATION,              )
10   TOYOTA MOTOR SALES USA, INC.,          )
     TOYOTA MOTOR NORTH                     )
11   AMERICA, INC., LEXUS, and JOHN         )
12   DOES 1-20                              )
                                            )
13                                          )
               DEFENDANTS.                  )
14

15

16        I, Ryan Bakhtiari, declare:

17        1.    I am an attorney at law duly admitted to practice before the courts of the

18   state of California and am attorney of record for Plaintiff.

19        2.    The following declaration is made upon my own true knowledge and belief

20   of the events that have occurred in this matter.

21        3.    The Complaint filed concurrently herewith is filed in a proper place for the

22   trial, for the reasons checked below:

23              ☑ This is the county in which the subject matter of the action, or a

24                   substantial portion thereof, occurred;

25              ☑ This is the county in which the person against whom the action is

26                   brought has its principal place of business or is doing business;

27                   and/or

28

Exhibit 3
Page 69

- 1 -
CLRA DECLARATION OF RYAN BAKHTIARI

1          □   This is the county in which the parties entered into the subject

2              transaction.

3          I declare under penalty of perjury under the laws of the State of California that the

4   foregoing is true and correct.

5

6   Dated: February 22, 2011                    **AIDIKOFF, UHL & BAKHTIARI**

7

8                                               _____

9                                               Ryan Bakhtiari
                                                Attorney for Plaintiff, Neal Kruszka
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 3
Page 70

- 2 -

CLRA DECLARATION OF RYAN BAKHTIARI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Consuelo B. Marshall and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV11- 1578 CBM (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself □) | DEFENDANTS |
|---|---|
| NEAL KRUSZKA,<br>Individually and on behalf of all other similarly situated | TOYOTA MOTOR CORPORATION,<br>TOYOTA MOTOR SALES, USA, INC.,<br>TOYOTA MOTOR NORTH AMERICA, INC., AND LEXUS |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Aidikoff, Uhl & Bakhtiari<br>9454 Wilshire Blvd., Suite 303<br>Beverly Hills, California 90212 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

□ 1 U.S. Government Plaintiff

□ 2 U.S. Government Defendant

□ 3 Federal Question (U.S. Government Not a Party)

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | □ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | ☒ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify):   □ 6 Multi-District Litigation   □ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   □ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☒ Yes   □ No          □ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | □ 370 Other Fraud | □ 510 Motions to Vacate Sentence Habeas Corpus | □ 710 Fair Labor Standards Act |
| □ 410 Antitrust | □ 120 Marine | □ 315 Airplane Product Liability | □ 371 Truth in Lending | | □ 720 Labor/Mgmt. Relations |
| □ 430 Banks and Banking | □ 130 Miller Act | □ 320 Assault, Libel & Slander | □ 380 Other Personal Property Damage | □ 530 General | □ 730 Labor/Mgmt. Reporting & Disclosure Act |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 330 Fed. Employers' Liability | □ 385 Property Damage Product Liability | □ 535 Death Penalty | |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 340 Marine | **BANKRUPTCY** | □ 540 Mandamus/ Other | □ 740 Railway Labor Act |
| □ 470 Racketeer Influenced and Corrupt Organizations | | □ 345 Marine Product Liability | □ 422 Appeal 28 USC 158 | □ 550 Civil Rights | □ 790 Other Labor Litigation |
| □ 480 Consumer Credit | □ 151 Medicare Act | □ 350 Motor Vehicle | □ 423 Withdrawal 28 USC 157 | □ 555 Prison Condition | □ 791 Empl. Ret. Inc. Security Act |
| □ 490 Cable/Sat TV | □ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | □ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| □ 810 Selective Service | | □ 360 Other Personal Injury | □ 441 Voting | □ 610 Agriculture | □ 820 Copyrights |
| □ 850 Securities/Commodities/ Exchange | □ 153 Recovery of Overpayment of Veteran's Benefits | □ 362 Personal Injury- Med Malpractice | □ 442 Employment | □ 620 Other Food & Drug | □ 830 Patent |
| □ 875 Customer Challenge 12 USC 3410 | □ 160 Stockholders' Suits | □ 365 Personal Injury- Product Liability | □ 443 Housing/Acco- mmodations | □ 625 Drug Related Seizure of Property 21 USC 881 | □ 840 Trademark |
| ☒ 890 Other Statutory Actions | □ 190 Other Contract | □ 368 Asbestos Personal Injury Product Liability | □ 444 Welfare | □ 630 Liquor Laws | **SOCIAL SECURITY** |
| □ 891 Agricultural Act | □ 195 Contract Product Liability | **REAL PROPERTY** | □ 445 American with Disabilities - Employment | □ 640 R.R. & Truck | □ 861 HIA (1395ff) |
| □ 892 Economic Stabilization Act | □ 196 Franchise | □ 210 Land Condemnation | □ 446 American with Disabilities - Other | □ 650 Airline Regs | □ 862 Black Lung (923) |
| □ 893 Environmental Matters | **REAL PROPERTY** | □ 220 Foreclosure | | □ 660 Occupational Safety /Health | □ 863 DIWC/DIWW (405(g)) |
| □ 894 Energy Allocation Act | □ 210 Land Condemnation | □ 230 Rent Lease & Ejectment | **IMMIGRATION** | □ 690 Other | □ 864 SSID Title XVI |
| □ 895 Freedom of Info. Act | □ 220 Foreclosure | □ 240 Torts to Land | □ 462 Naturalization Application | | □ 865 RSI (405(g)) |
| □ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | □ 230 Rent Lease & Ejectment | □ 245 Tort Product Liability | □ 463 Habeas Corpus- Alien Detainee | | **FEDERAL TAX SUITS** |
| □ 950 Constitutionality of State Statutes | □ 240 Torts to Land | □ 290 All Other Real Property | □ 465 Other Immigration Actions | | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| | □ 245 Tort Product Liability | | | | □ 871 IRS-Third Party 26 USC 7609 |
| | □ 290 All Other Real Property | | | | |

**CV11 01578**

| FOR OFFICE USE ONLY: | Case Number: _____ |
|---|---|

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Wisconsin |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 2/23/2011

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                                **CIVIL COVER SHEET**                                Page 2 of 2