**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| NEAL KRUSZKA, individually and on behalf of all others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>TOYOTA MOTOR SALES USA, INC.,<br><br>Defendant - Appellee. | No. 11-57117<br><br>D.C. No. 2:11-cv-01578-RGK-FFM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The parties' stipulation to voluntarily dismiss this appeal is granted. This appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b). Each parties is to bear its own cost to the appeal.

A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
  and Ninth Circuit Rule 27-10

Lking/2.6.12/lkk/Pro Mo